**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Nutracap Holdings, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-3417384 |

| 4. | **Debtor's address** | **Principal place of business**<br><br>2825 Pacific Dr<br>Number    Street<br>Suite C<br><br>Norcross    GA    30071<br>City    State    ZIP Code<br><br>Gwinnett County<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>P.O. Box<br><br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City    State    ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | https://www.nutracapusa.com/ |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor __Nutracap Holdings, LLC_____    Case number *(if known)*_____
       Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☒ None of the above <br><br> B. *Check all that apply:* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ . <br> 311999 |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** <br><br> A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☒ Chapter 11. *Check all that apply*: <br>     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). <br>     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. <br>     ☐ A plan is being filed with this petition. <br>     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☒ No <br> ☐ Yes. District _____ When _____ Case number _____ <br>                                                              MM / DD / YYYY <br>        District _____ When _____ Case number _____ <br>                                                              MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☒ No <br> ☐ Yes. Debtor _____ Relationship _____ <br>        District _____ When _____ <br>                                                                   MM / DD / YYYY <br>        Case number, if known _____ |

Debtor __Nutracap Holdings, LLC_____    Case number *(if known)*_____
       Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ | |

### Statistical and administrative information

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14. Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☑ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **3**

Debtor __Nutracap Holdings, LLC_____    Case number (if known)_____
       Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/14/2025
             MM / DD / YYYY

✗ /s/ Marcos Fabio Lopes e Lima        Marcos Fabio Lopes e Lima
Signature of authorized representative of debtor    Printed name

Title  CEO

**18. Signature of attorney**

✗ /s/ William Rountree        Date  01/14/2025
Signature of attorney for debtor         MM / DD / YYYY

William Rountree
Printed name
Rountree, Leitman, Klein & Geer, LLC
Firm name
2987 Clairmont Road Suite 350
Number    Street
Atlanta                                      GA           30329
City                                          State        ZIP Code

404-584-1238                                 wrountree@rlkglaw.com
Contact phone                                Email address

616503                                       GA
Bar number                                   State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**Fill in this information to identify the case:**

Debtor name: Nutracap Holdings, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ramp Business Corporation<br>28 West 23rd Street Floor 2<br>New York, NY, 10010 | Hinh Tran, Senior Counsel<br>hinh.tran@ramp.com | Services | Disputed<br>Unliquidated<br>Contingent | | | 460,051.02 |
| 2 | Nash Commercial Incorporated<br>3131 Piedmont Road Suite 200<br>Atlanta, GA, 30305 | | Suppliers or Vendors | | | | 400,209.62 |
| 3 | Freemen Nutra Group, LLC<br>fka Shanghai Freemen Americas LL<br>200 Metroplex Dr Ste 402<br>Edison, NJ, 08817 | | Settlement | Unliquidated<br>Contingent | | | 320,000.00 |
| 4 | Gopher Mats LLC, Viking Mat Company<br>7480 Flying Cloud Drive Suite 400<br>Eden Prairie, MN, 55344 | | Suppliers or Vendors | | | | 247,500.13 |
| 5 | Certified Laboratories<br>3218 Commander Drive<br>Carrollton, TX, 75006 | | Suppliers or Vendors | | | | 229,724.40 |
| 6 | Bennett Graphics<br>125 Royal Woods Court Suite 100<br>Tucker, GA, 30084 | | Suppliers or Vendors | | | | 202,588.90 |
| 7 | INGREDIENTS ONLINE<br>13875 Cerritos Corporate Drive Suite A<br>Cerritos, CA, 90703 | | Suppliers or Vendors | | | | 188,265.50 |
| 8 | Vitajoy Group USA<br>12091 Forestgate Drive<br>Dallas, TX, 75243 | Angela Keene<br>angela.keene@brownandjoseph.com | Suppliers or Vendors | Disputed<br>Unliquidated<br>Contingent | | | 179,375.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| Debtor | Nutracap Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Prescott Advisory, LLC<br>152 Lincoln Road Unit 5<br>Lincoln, MA, 1773 | | Suppliers or Vendors | | | | 175,528.00 |
| 10 | HM Peachtree Corners I LLC<br>PO Box 32149<br>New York, NY, 10087-2149 | | | | | | 172,320.79 |
| 11 | Dyad Labs<br>1945 S Fremont Dr<br>Salt Lake City, UT, 84104 | | Suppliers or Vendors | | | | 172,296.68 |
| 12 | Berlin Packaging<br>P. O. Box 74007164<br>Chicago, IL, 60674-7164 | | Suppliers or Vendors | | | | 145,285.10 |
| 13 | Caine & Weiner Company Inc.<br>5805 Sepulveda Blvd. 4th Floor<br>Sherman Oaks, CA, 91411 | | | | | | 139,609.51 |
| 14 | SOCAL BULK NUTRITION LLC<br>4000 Barranca Pkwy Suite 250<br>Irvine, CA, 92606 | | Suppliers or Vendors | | | | 122,892.50 |
| 15 | Environmental Research Center (ERC)<br>306 Joy Street<br>Fort Oglethorpe, GA, 30742 | | Suppliers or Vendors | | | | 119,000.00 |
| 16 | Nutravative Ingredients<br>1305 North Watters Road Suite 180<br>Allen, TX, 75013 | | Suppliers or Vendors | | | | 98,172.25 |
| 17 | Food Safety Net Services<br>P.O. Box 736407<br>Dallas, TX, 75373-6407 | | Suppliers or Vendors | | | | 78,686.20 |
| 18 | Prinova USA<br>36780 Eagle Way<br>Chicago, IL, 60678-1367 | | Suppliers or Vendors | | | | 63,452.75 |
| 19 | Nutraceuticals International<br>50 Sindle Avenue<br>Little Falls, NJ, 7424 | | Suppliers or Vendors | | | | 63,211.22 |
| 20 | HealthCaps, LLC<br>7345 West 20th Ave<br>Hialeah, FL, 33014 | | Suppliers or Vendors | | | | 62,437.52 |

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        page 2

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name: Nutracap Holdings, LLC |
| United States Bankruptcy Court for the: Northern District of Georgia |
| Case number (If known): _____ |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/14/2025
MM / DD / YYYY

✘ /s/ Marcos Fabio Lopes e Lima
Signature of individual signing on behalf of debtor

Marcos Fabio Lopes e Lima
Printed name

CEO
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

A to J Group LLC
111 AYERS DRIVER ROAD
Villa Rica, GA 30180

AA PHARMACHEM INC. USA
16885 West Bernardo Drive Suite 100
San Diego, CA 92127

ABBOTT BLACKSTONE COMPANY
411 Cleveland St #198
Clearwater, FL 33755

Advance Fire Inspection
3308 Peachtree Industrial Blvd
Duluth, GA 30096

AFS
PO BOX 18410
SHREVEPORT, LA 71138

AHB US LLC
100 Canal Pointe Blvd suite 204
Princeton, NJ 8540

AlfaCaps
151 1st Ave #115
New York, NY 10003

Alkemist Labs
12661 Hoover St
Garden Grove, CA 92841

Amelic e Servicos Ltda
420 Alameda Oscar Niemeyer
Room 405 Nova Lima 34.006-049
Brazil,

AMERICAN RIVER NUTRITION, LLC
333 Venture Way
Hadley, MA 1035

American World Trade
45 N. Broad St Suite 401
Ridgewood, NJ 7450

AmTrust North America
PO Box 6939
Cleveland, OH 44101

Analytical Resource Laboratories - ARL
520 South 850 East Suite B3
Lehi, UT 84043

Anderson Advanced Ingredients
2030 Main Street Suite 430
Irvine, CA 92614

ARISTA INDUSTRIES INC
557 Danbury Road
Wilton, CT 6897

Arthur Leach
4080 McGinnis Ferry Road Suite 401
Alpharetta, GA 30005

AstaReal Inc
7761 Randolph Rd. NE
Mose Lake, WA 98837

Atlantic Trailer Leasing and Sales, LLC
P.O. Box 3737
Lilburn, GA 30048

BannerBio
Unit B 1/F West Section 2 Bldg 25th Keyuan West
No.5 Kezhi West Rd Nanshan District
Shenzhen China,

Batory Foods
P. O. Box 75162
Chicago, IL 60675-5162

Bella Printing, LLC
c/o Joey Sanducci | Ryan & Jacobs
5465 Legacy Drive, Ste. 650
Plano, TX 75024

Benchmark Automation
P. O. Box 932813
Cleveland, OH 44193

Bennett Graphics
125 Royal Woods Court Suite 100
Tucker, GA 30084

Berlin Packaging
P. O. Box 74007164
Chicago, IL 60674-7164

Beyer Graphics Inc.
30 Austin Blvd.
Commack, NY 11725

Bio Peptek
5 Great Valley Parkway Suite 100
Malvern, PA 19355

Blake & Pendleton Compressed Air Systems
2125 JASON IND. PKWY.
WINSTON, GA 30187

bld.ai
621 NW 53rd St Suite 240
Boca Raton, FL 33487

Blossman Gas & Appliance
4319 Mundy Mill Road
Oakwood, GA 30566

Brown & Joseph, LLC
One Pierce Pl Suite 700W
Itasca, IL 60143

Bulk Apothecary
115 Lena Drive
Aurora, OH 44202

Butter Buds Food Ingredients
2330 Chicory Road
Racine, WI 53403

C2C Nutra, LLC
PO Box 932
Clifton, NJ 7014

Caine & Weiner Company Inc.
5805 Sepulveda Blvd. 4th Floor
Sherman Oaks, CA 91411

Catalyst Nutraceuticals
1720 Peachtree Industrial Blvd
Buford, GA 30518

Central Nervous Systems
Vancover BC V6B 2M1
Canada, BC

Century Fire Protection
2450 Satellite Blvd Div 8
Duluth, GA 30096

Certified Laboratories
3218 Commander Drive
Carrollton, TX 75006

Charles Bowman Co.
PO Box 775343
Chicago, IL 60677

CI ATL III-GW, LLC
c/o ColFin 2018-7 Industrial Owner
PO Box 208383
Dallas, TX 75320-8383

Cintas
P. O. Box 636525
Cincinnati, OH 45263-6525

Clariant Corporation
101 Christine Dr
Belen, NM 87002

Coasta Tanning Resort
c/o The Law Offices of James E Nash Jr LLC
3487 English Oaks Drive
Kennesaw, GA 30144

Colmaric Analyticals Llc
3235 Fairfield Avenue South Suite A
Saint Petersburg, FL 33712

Colonial Energy INC-Georgia
2985 Highway 17
Clarkesville, GA 30523

Container and Packaging
1345 E. State Street
Eagle, ID 83616

Craftsman Chemical
245 Advanced Drive
Springboro, OH 45066

CREATIVE BIOMART INC
45-1 Ramsey Roada
Shirley, NY 11967

Creative Compounds
P.O. Box 4011
Scott City, MO 63780

Creative Enzimes
45-1 Ramsey Rd
Shirley, NY 11967

Daane Labs
4795 Enterprise Ave
Naples, FL 34104

Daniel L Blasczyk
10595 Veterans Memorial Highway
Lithia Springs, GA 30122

David Bromwich
c/o Brad Fallon|Fallon Law PC
1201 W. Peachtree St NW Ste 2625
Atlanta, GA 30309

DHL EXPRESS
16592 COLLECTIONS CENTER DR
Chicago, IL 60693

dialpad Inc
12935 Alcosta Blvd Box 559
San Ramon, CA 94583

Digital Imaging Systems Inc
PO Box 1310
Norcross, GA 30091

DIVI'S LABORATORIES USA, INC.
325 Columbia Turnpike Suite 305
Florham Park, NJ 7932

DUTCH VALLEY FOODS, INC.
PO Box 4657615
Myerstown, PA 17067

Dyad Labs
1945 S Fremont Dr
Salt Lake City, UT 84104

ECA Pinnacle
1260 E. Locust St. Suite 302
Ontario, CA 91761

Environmental Research Center (ERC)
306 Joy Street
Fort Oglethorpe, GA 30742

Erich Durlacher
Burr & Forman
1075 Peachtree Street NE, Suite 3000
Atlanta, GA 30309

Essential Wholesale and Labs
2538 NW 22nd Place
Portland, OR 97210

ETHICAL NATURALS, INC.
2731 Fair Oaks Avenue
Redwood City, CA 94063

Eurofins Food Chemistry Testing Madison, Inc.**
PO BOX 1482
Carol Stream, IL 60132

EXBERRY¨ GNT USA, LLC
5731 HR Mierlo The Netherlands
Dallas, NC 28034

Federal Express
PO Box 660481
Dallas, TX 75266-0481

FIBER RESEARCH INTERNATIONAL LLC
860 Johnson Ferry Road Suite 140156
Atlanta, GA 30342

First Horizon Bank
165 Madison Avenue
Memphis, TN 38103

Flavor Insights
4795 Industrial Way
Benicia, CA 94510

Food Safety Net Services
P.O. Box 736407
Dallas, TX 75373-6407

Formulator Sample Shop
135 Joshua Ct
Lincolnton, NC 28092

Fortis Solutions Group
1174 Hayes Industrial Drive
Marietta, GA 30062

Freemen Nutra Group, LLC
fka Shanghai Freemen Americas LL
200 Metroplex Dr Ste 402
Edison, NJ 08817

From Nature With Love
341 Christian Street
Oxford, CT 6478

FULLER Enterprise USA Inc
1735 E Grevillea Ct
Ontario, CA 91761

Gelnex
30 N. Michigan Ave
Ste 505
Chicago, IL 60602

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
1800 Century Blvd
Ste 9100
Atlanta, GA 30345

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Georgia Industrial Tire
3575 McCall Place
Doraville, GA 30340

Georgia Power
241 Ralph McGill Blvd
Atlanta, GA 30308

Glanbia Nutritionals
c/o Glanbia Business Services Inc. Dept. 3331
Carol Stream, IL 60132-3331

GLOBALTEK EQUIPMENT LLC
7354 NW 35TH STREET
MIAMI, FL 33122

GOLDEN PEANUT AND TREE NUTS
100 North Point Center East suite 400
Alpharetta, GA 30022

Gopher Mats LLC, Viking Mat Company
7480 Flying Cloud Drive Suite 400
Eden Prairie, MN 55344

Gwinnett Co. Tax Commissioner
75 Langley Drive
Lawrenceville, GA 30046

Gwinnett County Dept of Water Resources
684 Winder Hwy
Lawrenceville, GA 30045

Gwinnett County Tax Commissioner
PO Box 372
Lawrenceville, GA 30046

H&M USA
80 Gordon Drive
Syosset, NY 11791

HealthCaps, LLC
7345 West 20th Ave
Hialeah, FL 33014

Hear Nature
No. 37, Keji Road Xi'an
710075 China

Hi-Tech Pharmaceuticals, Inc.
6015-B Unity Dr.
Norcross, GA 30071

HM Peachtree Corners I LLC
PO Box 32149
New York, NY 10087-2149

HM Peachtree Corners I LLC

HMI Atlanta V LLC
PO Box 35251
Newark, NJ 07193-5251

Honeyrun Farm
644 High St
Worthington, OH 43085

Howard Brothers
PO Box 5044
Duluth, GA 30096

Hygiena
1801 W Olympic Blvd # File 2007
Pasadena, CA 91199

INDENA USA
601 Union Street Suite 330
Seattle, WA 98101

Index Encapsulation Equipment, LLC
1610 Republic Road
Huntingdon Vallet, PA 17067

Indian Brook Industrial Inc
P.O. Box 6149
Hicksville, NY 11802-6149

INGREDIENTS ONLINE
13875 Cerritos Corporate Drive Suite A
Cerritos, CA 90703

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

ISA Inc. - Islamic Services of America
PO Box 8268
Cedar Rapids, IA 52408

JHD Corp
2077 S Vineyard Ave
Ontario, CA 91761

JiaHerb
1 Chapin Road Unit 1
Pine Brook, NJ 7058

John Maloney, Esq.
Gimigliano Mauriello & Maloney, P.A.
163 Madison Ave, Ste. 500 | PO Box 1449
Morristown, NJ 07962

John Wesley Houser
c/o Brad Fallon|Fallon Law PC
1201 W. Peachtree St NW Ste 2625
Atlanta, GA 30309

Kelly Butcher
The Kaplan Group Commercial Collections
154 Addie Street
Pismo Beach, CA 93449

Lab Alley
12501 Pauls Valley Road Suite A
Austin, TX 78737

LBB Specialties Holding LLC
601 Merritt 7 1st Floor
Norwalk, CT 6851

Lonza Consumer Health Inc / Capsugel
P. O. Box 640091
Pittsburgh, PA 15264

lotioncrafter
48 Hope Ln
Eastsound, WA 98245

Lucas Meyer
Place de la Cite 2590 Boul. Laurier Tour
Belle Courbureau 650 Quebec
QC G1V 4M6 Canada,

Macrocap Labs
975 Bennett Drive
Longwood, FL 32750

Marburg Ind.
1207 Activity Drive
Vista, CA 92081

Matexcel
17 RAMSEY ROAD STE 210
SHIRLEY, NY 11967

Maxsun Industries, Inc.
5595 Daniels Street Suite H
Chino, CA 91710

McMaster-Carr
PO Box 7690
Chicago, IL 60680

McNaughton McKay Electric Company
PO Box 890976
Charlotte, NC 28289


MGT (former Layer 3 Communications)
1450 Oakbrook Dr Ste 900
Norcross, GA 30093


MHC Truck Leasing
PO Box 879269
Kansas City, MO 64187


Mibelle Biochemistry
1 International Blvd Suite 715
Mahwah, NJ 7495


MID CONSTRUCTION AND RENOVATIONS
3259 Peachtree Corners Cir A
Norcross, GA 30092


Mill Haven Foods
211 Leer St.
New Lisbon, WI 53950


MILLION HERBS LLP
No.18 First Floor Masilamani
Nagar India


MOUNTAIN ROSE HERBS
PO Box 50220
Eugene, OR 97405


Nash Commercial Incorporated
3131 Piedmont Road Suite 200
Atlanta, GA 30305


National Measures
PO Box 1149
Lakeville, MN 55044


Naturally Thinking
Little Woodcote Estate 38A Telegraph Track
Carshalton, Wallington
SM6 0SH, United Kingdon,


Neogen
620 Lesher Place
Lansing, MI 48912


Nexira Inc.
15 Somerset Street
Somerville, NJ 8876


NFP PROCESSING LLC
PO Box 2961723 Route 17A
Florida, NY 10921


NiuSource Inc.
14266 Euclid Ave.
Chino, CA 91710


NNB Nutrition
No. 270 Jiqingmen St Suning Huigu
Bldg E6 Room 2105
Nanjing, 210017 China,


Norcross Tucker 85
700 N. Pearl Street
Ste. N1650
Dallas, TX 75201


Nugen Packaging
23 Vreeland RD Suite 250
Florham Park, NJ 7932


Nutracap Labs, LLC
c/o Brad Fallon|Fallon Law PC
1201 W. Peachtree St NW Ste 2625
Atlanta, GA 30309


Nutraceuticals International
50 Sindle Avenue
Little Falls, NJ 7424


Nutravative Ingredients
1305 North Watters Road Suite 180
Allen, TX 75013


Nutricargo
222 Getty Ave
Clifton, NJ 7011


Omni Active Health Technologies, INC
67 East Park Place Suite 500
Morristown, NJ 7960


Omya Specialty Materials Inc
P.O. Box 734749
Chicago, IL 60679-4749

OpenSesame Inc.
1629 SW Salmon Street
Portland, OR 97205


Oregon Tilth
PO Box 368
Corvallis, OR 97339


orkin
1007 Mansell Rd Ste E
Roswell, GA 30076


Osage Food Products
PO Box 743
Washington, MO 63090


packaging connection
4205 Trotters Way
Alpharetta, GA 30004


PARCHEM FINE & SPECIALTY CHEMICALS
415 Hugeuenot Street
New Rochelle, NY 10801


Parchem Nutrition
415 Huguenot St.
New Rochelle, NY 10801


Peachtree Inmediate Care
3551 Satellite Blvd
Duluth, GA 30096


Pouch It LLC
5685 New Peachtree Rd.
Atlanta, GA 30341


Prater
2 Sammons Court
Bolingbrook, IL 60440-4995


Prescott Advisory, LLC
152 Lincoln Road Unit 5
Lincoln, MA 1773


Prinova USA
36780 Eagle Way
Chicago, IL 60678-1367


Prinova USA - Flavors
685 Hadley Road
South Plainfield, NJ 7080


Priority1
PO Box 84808
Dallas, TX 75284


Proliant Health & Biologicals
2425 SE Oak Tree Ct.
Ankeny, IA 50021


Pure Assay
14750 E Nelson Ave Ste A
City of Industry, CA 91744


PureSynmr Ingredients
Room 1608-1609 Union Energetic
Intl Tower No.1088
New Jingqiao Rd Pudong Shanghai,


Quench USA, Inc.
P.O. Box 735777
Dallas, TX 75373-5777


Ramp Business Corporation
28 West 23rd Street Floor 2
New York, NY 10010


Ribus, Inc
1355 Greg Street Suite 101
Sparks, NV 89431


Rite Weight, Inc
3802 Irvingdale Road
Duluth, GA 30096


Robertet
400 International Drive
Mount Olive, NJ 7828


Sabinsa Corporation
20 LAKE DRIVEEAST
WINDSOR, NJ 8520


Samia L. Gore
c/o Macklegal PLLC
1 Liberty Plaza Ste 1
New York, NY 10006

Scana
3344 Peachtree St NE
Ste. 2150
Atlanta, GA 30326

SENSIENT COLORS, LLC
2526 Baldwin Street
St. Louis, MO 63106

Shanghai Waseta Int'l Trading Co. LTD
Rm 2001-2002, Godlen Eagle Edifice B
No.1518 Minsheng Rd. Pudong New Area
Shanghai, 200135 P.R. China,

Shri Kartikeya Pharma SKP
5-9-225, 3rd Fl Sanali Estate
Abids Hyderabad
500001, India,

SINOCHEM HEALTH COMPANY, LTD CHINA
30F HNA Center Bldg 1 No. 234
Yan'an 3rd Road Yan'an Road
Qingdao 266071 China,

Soaper's Choice
1701 Winthrop Drive
Des Plaines, IL 60018

SOCAL BULK NUTRITION LLC
4000 Barranca Pkwy Suite 250
Irvine, CA 92606

Spring Chen
Changzhou Spring Imp and Exp Co.
No 99 Yanling West Road
Changzhou, Jiangsu, China,

Starwest Botanicals
161 Main Ave
Sacramento, CA 95838

Stauber
4120 N Palm St
Fullerton, CA 92835

Susan B. Shaw LLC
120 West Trinity Place Fourth Floor
Decatur, GA 30030

Tech Specialist, INC
810 Great Southwest Pkwy SW
Atlanta, GA 30336

Terry Laboratories
7005 Technology Drive
Melbourne, FL 32904

The Kaplan Group Commercial Collections
Kelly Butcher
154 Addie Street
Pismo Beach, CA 93449

Thomas P. Lennon
c/o Brad Fallon|Fallon Law PC
1201 W. Peachtree St NW Ste 2625
Atlanta, GA 30309

Tricor Braun
PO Box 745628
Atlanta, GA 30374

VDF Futureceuticals, Inc
PO Box 7269
Carol Stream, IL 60197

Veritiv Operating Company
9330 NW 110th Avenue
Miami, FL 33178

Vertex Analytical Labs LLC
9335 Airway Road Suite 202
San Diego, CA 92154

Vitajoy Group USA
12091 Forestgate Drive
Dallas, TX 75243

WB Sweetners, LLC
PO Box 960
Rock Hill, NY 12775

Wholesale Supplies
7820 E Pleasant Valley Road
Independence, OH 44131

WILD Flavors & Specialty Ingredients
75 Remittance Drive Ste 1046
Chicago, IL 60675

Wiles & Wiles, LLP
800 Kennesaw Ave Suite 400
Marietta, GA 30060


WIN HEALTH INTERNATIONAL COMPANY, LTD
Rm 323 Bld A2 No. 218 Xinghu St
Suzhou Industrial Park
Suzhou China,


WM Corporate Services, INC
PO Box 4648
Carol Stream, IL 60197


Worldwide Express
10 GLENLAKE PKWY
ATLANTA, GA 30328


Wursta Corporation
9450 SW Gemini Dr PMB 86130
Beaverton, OR 97008


WUXI CIMA SCIENCE COMPANY LTD
No. 288 Shibawan Rd
Wuxi 214064
Jiangsu China,


Z Natural Foods
5407 N Haverhill Rd Suite 337
West Palm Beach, FL 33407


ZXCHEM USA INC.
26k World's Fair Drive
Somerset, NJ 8873

United States Bankruptcy Court

Northern District of Georgia

In re: Nutracap Holdings, LLC

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 01/14/2025

/s/ Marcos Fabio Lopes e Lima

Signature of Individual signing on behalf of debtor

CEO

Position or relationship to debtor