**Fill in this information to identify the case:**

Debtor name ___Nutracap Holdings, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___25-50430___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | | ☑ Operating a business<br>☐ Other | $ 262,424.31 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | | ☑ Operating a business<br>☐ Other | $ 25,215,421.86 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | | ☑ Operating a business<br>☐ Other | $ 41,302,566.74 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | | $ 0.00 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | | $ 2,578,560.49 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | | $ 922,505.15 |

Debtor        Nutracap Holdings, LLC _____        Case number (if known) 25-50430
              Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | WB Sweetners, LLC<br>Creditor's name<br>PO Box 960<br>Rock Hill, NY 12775 | 12/05/2024 | $ 17,098.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | AHB US LLC<br>Creditor's name<br>100 Canal Pointe Blvd suite 204<br>Princeton, NJ 8540 | 12/09/2024<br>11/18/2024 | $ 10,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name _____<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ _____ | |
| 4.2. | Insider's name _____<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ _____ | |

Debtor     Nutracap Holdings, LLC
_____     Case number (*if known*)  25-50430
Name                                                                                    _____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Wilke CPAs & Advisors, LLC v. Nutracap Holdings, LLC and Marcos Limas<br><br>**Case number**<br><br>2:24-cv-01667 | | USDC for the Western District of PA | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. | Environmental Research Center, Inc., a California non-profit corporation vs. Nutracap Holdings LLC, individually and<br>**Case number**<br><br>23CV039708 | Complaint for injunctive and decl | Court or agency's name and address<br>Alameda County, CA Superior Court<br><br>2233 Shore Line Drive<br>Alameda, CA 94501 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

---

| Debtor | Nutracap Holdings, LLC | Case number (*if known*) | 25-50430 |
|--------|------------------------|--------------------------|----------|
| | Name | | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|------------------------------|----------------------------|-------|
| | _____ | $ _____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|
| **9.1.** _____ | | _____ | $ _____ |
| Recipient's name | | _____ | $ _____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| **9.2.** _____ | | _____ | $ _____ |
| Recipient's name | | _____ | $ _____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|-----------------------------------------------------------|------------------------------------------|--------------|------------------------|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $ _____ |

---

| Debtor | Nutracap Holdings, LLC | Case number (if known) | 25-50430 |
|---|---|---|---|
| | Name | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Rountree Leitman Klein & Geer, LLC | Retainer | 12/24; 1/25 | $ 75,000.00 |
| | **Address** | | | |
| | 2987 Clairmont Rd<br>Suite 350<br>Atlanta, GA 30329 | | | |
| | **Email or website address**<br>rlkglaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

| Debtor | Nutracap Holdings, LLC | Case number *(if known)* | 25-50430 |
|--------|------------------------|--------------------------|----------|
|        | Name                   |                          |          |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | 6080 McDonough Drive<br>Ste. A<br>Norcross, GA 30093 | From  11/2020 | To  12/2022 |
| 14.2. | | From  _____ | To  _____ |

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **6**

Debtor    Nutracap Holdings, LLC
_____                    Case number *(if known)* 25-50430
          Name                                                                        _____

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

| Debtor | Nutracap Holdings, LLC | Case number *(if known)* | 25-50430 |
|---|---|---|---|
| | Name | | |

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br><br>Address | | | ☐ No<br>☐ Yes |

---

| Debtor | Nutracap Holdings, LLC | Case number *(if known)* | 25-50430 |
|---|---|---|---|
| | Name | | |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Light House Cabinetry, Inc.<br>Name<br>6550 Jimmy Carter Blvd Ste A/B<br>Norcross, GA 30093 | | Security Deposit on Sublease 6550 Jimmy Carter Blvd., Ste A/B | $ 132,516.88 |

---

**Part 12:**  **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor   Nutracap Holdings, LLC
_____
         Name

Case number *(if known)* 25-50430
_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |
| 25.2. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |
| 25.3. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |

---

Debtor   Nutracap Holdings, LLC
_____
Name

Case number *(if known)* 25-50430
_____

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Interactive Accountants, LLC <br> Name <br> t 88180 NW 36th Street, Suite 327, Doral, FL 33166 | From 11/06/2020 <br> To 01/13/2025 |
| 26a.2. _____ <br> Name | From _____ <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Wilke & Associates, LLP <br> Name | From 04/07/2021 <br> To 12/06/2024 |
| 26b.2. _____ <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Interactive Accountants, LLC <br> Name <br> 88180 NW 36th Street, Suite 327, Doral, FL 33166 | |

---

Debtor    Nutracap Holdings, LLC
_____    Case number *(if known)* 25-50430 _____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  First Horizon Bank<br>_____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor    Nutracap Holdings, LLC
Name

Case number (*if known*) 25-50430

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |
| **Name and address of the person who has possession of inventory records** | | |

27.2. _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| DBD DTA Corporation | 2825 Pacific Dr Suite C, Norcross, GA 30071 | Sole Member | 100.00 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Gabriel Silva | 1493 Epping Forest Drive, Brookhaven, GA 30319 | CFO | 05/02/2022 To 10/31/2024 |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Henrique Alves Da Costa | 27,500.01 | 12/20/2024 | Payroll |
| | Name | | 01/03/2024 | |
| | | | 01/13/2024 | |
| | **Relationship to debtor** | | | |
| | _____ | | _____ | |

Debtor    Nutracap Holdings, LLC                                             Case number *(if known)* 25-50430
        Name

| | | | |
|---|---|---|---|
| | **Name and address of recipient** | 71,651.34 | _____ |
| 30.2 | Tayana Melzer E Lima | | Payroll; See SOFA 30 Attachment - Tayana Melzer E Lima Payroll |
| | Name | | _____ |
| | | | _____ |
| | | | _____ |
| | **Relationship to debtor** | | _____ |
| | Wife of CEO | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| DBD DTA Corporation | EIN: 35-2645084 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN: _____ |

---

**Part 14:**     **Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/11/2025
              MM / DD / YYYY

✘ /s/ Marcos Fabio Lopes e Lima            Printed name   Marcos Fabio Lopes e Lima
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor   CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

| Debtor Name | Nutracap Holdings, LLC | | Case number *(if known)* | 25-50430 |
|---|---|---|---|---|

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| Maxsun Industries, Inc., 5595 Daniels Street Suite H, Chino, CA 91710 | $30,194.60 | Suppliers or vendors |
| Priority1, PO Box 84808, Dallas, TX 75284 | $112,292.37 | Suppliers or vendors |
| BannerBio, Unit B 1/F West Section 2 Bldg 25th Keyuan West No.5 Kezhi West Rd Nanshan District, Shenzhen China, | $10,920.00 | Suppliers or vendors |
| Food Safety Net Services, P.O. Box 736407, Dallas, TX 75373-6407 | $19,253.17 | Suppliers or vendors |
| SINOCHEM HEALTH COMPANY, LTD CHINA, 30F HNA Center Bldg 1 No. 234 Yan'an 3rd Road Yan'an Road, Qingdao 266071 China, | $31,912.04 | Suppliers or vendors |
| WM Corporate Services, INC, PO Box 4648, Carol Stream, IL 60197 | $9,162.06 | Suppliers or vendors |
| Tricor Braun, PO Box 745628, Atlanta, GA 30374 | $36,793.44 | Suppliers or vendors |
| Daane Labs, 4795 Enterprise Ave, Naples, FL 34104 | $9,141.00 | Suppliers or vendors |
| Certified Laboratories, 3218 Commander Drive, Carrollton, TX 75006 | $40,242.68 | Suppliers or vendors |
| Rite Weight, Inc, 3802 Irvingdale Road, Duluth, GA 30096 | $8,320.00 | Suppliers or vendors |
| American Express, | $11,836.00 | |
| Anthem Blue Cross and Blue Shield, | $85,068.00 | |
| Attentive Mobile, | $11,150.00 | |
| Aunutra Industries, Inc., | $23,638.00 | |
| Austrade Ingredients, | $10,877.00 | |
| Bioplantek MChJ LLC Uzbek, | $29,700.00 | |

Debtor Name    Nutracap Holdings, LLC _____    Case number *(if known)*___25-50430_____

## Continuation Sheet for Official Form 207

| | |
|---|---|
| **Cepham,** | $9,400.00 |
| **Brex, Inc.,** | $8,000.00 |
| **Chemicals Global,** | $10,978.70 |
| **City of Norcross,** | $10,191.39 |
| **Coastal Rock Trading, LLc,** | $16,000.00 |
| **Dongyu Usi,** | $67,017.50 |
| **Facebook,** | $27,674.71 |
| **Fifth Nutrisupply, Inc.,** | $8,415.00 |
| **Gencor Pacific,** | $8,125.00 |
| **Georgia Department of Revenue,** | $35,510.70 |
| **GIA Advisory Corp.,** | $11,156.25 |
| **goLance,** | $42,907.50 |
| **Gold Coast,** | $11,750.54 |
| **Google Ads,** | $48,569.65 |
| **Gramnutra Inc.,** | $10,625.00 |
| **Interactive Accountants,** | $18,000.00 |
| **Joseph Razon,** | $7,800.00 |
| **Makingcosmetics Inc.,** | $13,971.03 |
| **North Central Companies,** | $13,496.00 |
| **NuLiv Science,** | $8,125.00 |
| **Nutrition 21,** | $27,209.00 |
| **PanaSource Ingredients, Inc.,** | $21,190.00 |
| **PayPal,** | $52,023.31 |
| **Piedmont National Corporation,** | $34,221.11 |
| **Pipefy,** | $17,917.90 |
| **PLT Health Solutions,** | $12,154.70 |
| **Postscript,** | $16,800.00 |
| **Potentia Health Inc dba** | $13,750.00 |

Debtor Name    Nutracap Holdings, LLC

Case number *(if known)*    25-50430

### Continuation Sheet for Official Form 207

**4Potentia,**

| | |
|---|---|
| **Quickbooks Payments,** | **$28,390.32** |
| **Reliable Premium,** | **$21,399.93** |
| **Scientific Living,** | **$11,615.00** |
| **SFIC Corporation,** | **$67,294.00** |
| **Shipero.com,** | **$12,654.68** |
| **Shippo,** | **$208,250.67** |
| **Southern States Insurance, Inc.,** | **$22,944.10** |
| **Swift Premium Finance, Inc.,** | **$7,873.89** |
| **The Hartford,** | **$45,863.40** |
| **Uline,** | **$56,842.97** |
| **UPS,** | **$37,031.65** |
| **Wilke & Associates LLP,** | **$73,141.73** |
| **XScale Limited,** | **$16,050.00** |

**7) Legal Actions**

**Alphonso Habbaba v. Gorilla Mind, LLC, Nutracap Holdings, LLC, Nutracap Labs, LLC and Does 1-500**

**2:24-00921-JLS-AHG**

**Diversity|Torts**

**United States District Court SDCa**

**17 South Park Row, Erie, PA 16501**

**Pending**

**-------**


**21) Property held for another**

**KNB Cabinets, LLC**

**,**

**Security Deposit on Sublease 6600 Jimmy Carter Blvd Ste C**

**Value: $41,013.48**

**---**

**Statement of Financial Affairs for Non-Individuals**

Debtor Name    Nutracap Holdings, LLC
Case number *(if known)*___25-50430___

**Continuation Sheet for Official Form 207**

**Keystone Tile, Inc.**

,

**Security Deposit 6550 Jimmy Carter Blvd, Ste. C**

**Value: $72,675.00**

---

**Keystone Tile, Inc.**

,

**Security Deposit on Sublease 6550 Jimmy Carter Blvd., Ste. C**

**Value: $82,393.87**

---

**30) Payments, distributions, or withdrawals credited or given to insiders**

**Name and Address:**

**Marcos Fabio Lopes e Lima**

**Amount of money or description: $14,322.92**

**Dates: — , — , 01/13/2025**

**Reason: Payroll**

---

**Name and Address:**

**John W. Houser**

**Amount of money or description: $85,000.00**

**Dates: — , — , —**

**Reason: Consultant fees; $10,000/month beginning 1/19/2024–9/20/2024 (paid $5,000 bi-weekly)**

---

**Name and Address:**

**DBD DTA Corporation**

**Amount of money or description: $141,000.00**

**Dates: — , — , —**

Debtor Name _____Nutracap Holdings, LLC_____    Case number (if known)_____25-50430_____

### Continuation Sheet for Official Form 207

**Reason: Transfers to cover expenses; Payment dates: March 2024; May 2024; June 2024; August 2024; September 2024; October 2024**

**---**

**Name and Address:**

**DBD DTA Corporation**

**Amount of money or description: $611,283.18**

**Dates: - , - , -**

**Reason: Transfer of product to parent company**

**---**

NUTRACAP HOLDINGS, LLC
CH. 11 CASE NO. 25-50430
SOFA QUESTION 30 ATTACHMENT - TAYANA MELZER E LIMA PAYROLL

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Melzer E Lima, Tayana | 01/19/2024 | 00030053 | 3,785.52 | 3,054.06 | 3,054.06 | 2,500.00 | 1,285.52 | | 3,785.52 | 288.94 | 54.89 | 234.70 | 152.93 | 731.46 |
| Melzer E Lima, Tayana | 02/05/2024 | 00050053 | 2,500.00 | 2,091.72 | 2,091.72 | 2,500.00 | | | 2,500.00 | 134.68 | 36.25 | 155.00 | 82.35 | 408.28 |
| Melzer E Lima, Tayana | 02/20/2024 | 00070051 | 2,970.29 | 2,443.78 | 2,443.78 | 2,500.00 | 470.29 | | 2,970.29 | 191.11 | 43.07 | 184.16 | 108.17 | 526.51 |
| Melzer E Lima, Tayana | 03/05/2024 | 00100053 | 2,500.00 | 2,091.72 | 2,091.72 | 2,500.00 | | | 2,500.00 | 134.68 | 36.25 | 155.00 | 82.35 | 408.28 |
| Melzer E Lima, Tayana | 03/20/2024 | 00120052 | 2,500.00 | 2,091.72 | 2,091.72 | 2,500.00 | | | 2,500.00 | 134.68 | 36.25 | 155.00 | 82.35 | 408.28 |
| Melzer E Lima, Tayana | 04/05/2024 | 00140049 | 2,500.00 | 2,091.72 | 2,091.72 | 2,500.00 | | | 2,500.00 | 134.68 | 36.25 | 155.00 | 82.35 | 408.28 |
| Melzer E Lima, Tayana | 04/19/2024 | 00160050 | 2,500.00 | 2,091.72 | 2,091.72 | 2,500.00 | | | 2,500.00 | 134.68 | 36.25 | 155.00 | 82.35 | 408.28 |
| Melzer E Lima, Tayana | 05/03/2024 | 00180050 | 2,500.00 | 2,091.72 | 2,091.72 | 2,500.00 | | | 2,500.00 | 134.68 | 36.25 | 155.00 | 82.35 | 408.28 |
| Melzer E Lima, Tayana | 05/20/2024 | 00200047 | 2,757.19 | 2,284.25 | 2,284.25 | 2,500.00 | | 257.19 | 2,757.19 | 165.54 | 39.98 | 170.95 | 96.47 | 472.94 |
| Melzer E Lima, Tayana | 06/05/2024 | 00230046 | 2,500.00 | 2,091.72 | 2,091.72 | 2,500.00 | | | 2,500.00 | 134.68 | 36.25 | 155.00 | 82.35 | 408.28 |
| Melzer E Lima, Tayana | 06/20/2024 | 00250047 | 2,600.00 | 2,166.58 | 2,166.58 | 2,500.00 | 100.00 | | 2,600.00 | 146.68 | 37.70 | 161.20 | 87.84 | 433.42 |
| Melzer E Lima, Tayana | 07/05/2024 | 00270047 | 2,500.00 | 2,093.22 | 2,093.22 | 2,500.00 | | | 2,500.00 | 134.68 | 36.25 | 155.00 | 80.85 | 406.78 |
| Melzer E Lima, Tayana | 07/19/2024 | 00290048 | 7,367.30 | 5,519.60 | 5,519.60 | 2,500.00 | 4,867.30 | | 7,367.30 | 940.91 | 106.82 | 456.77 | 343.20 | 1,847.70 |
| Melzer E Lima, Tayana | 08/05/2024 | 00310052 | 2,500.00 | 2,093.22 | 2,093.22 | 2,500.00 | | | 2,500.00 | 134.68 | 36.25 | 155.00 | 80.85 | 406.78 |
| Melzer E Lima, Tayana | 08/20/2024 | 00340052 | 2,500.00 | 2,093.22 | 2,093.22 | 2,500.00 | | | 2,500.00 | 134.68 | 36.25 | 155.00 | 80.85 | 406.78 |
| Melzer E Lima, Tayana | 09/05/2024 | 00360051 | 2,500.00 | 2,093.22 | 2,093.22 | 2,500.00 | | | 2,500.00 | 134.68 | 36.25 | 155.00 | 80.85 | 406.78 |
| Melzer E Lima, Tayana | 09/20/2024 | 00380051 | 3,758.70 | 3,036.73 | 3,036.73 | 2,500.00 | 1,258.70 | | 3,758.70 | 285.72 | 54.51 | 233.04 | 148.70 | 721.97 |
| Melzer E Lima, Tayana | 10/04/2024 | 00400051 | 2,500.00 | 2,093.22 | 2,093.22 | 2,500.00 | | | 2,500.00 | 134.68 | 36.25 | 155.00 | 80.85 | 406.78 |
| Melzer E Lima, Tayana | 10/18/2024 | 00420051 | 2,550.00 | 2,130.70 | 2,130.70 | 2,500.00 | 50.00 | | 2,550.00 | 140.68 | 36.97 | 158.10 | 83.55 | 419.30 |
| Melzer E Lima, Tayana | 11/05/2024 | 00450050 | 2,500.00 | 2,093.22 | 2,093.22 | 2,500.00 | | | 2,500.00 | 134.68 | 36.25 | 155.00 | 80.85 | 406.78 |
| Melzer E Lima, Tayana | 11/20/2024 | 00470050 | 2,600.00 | 2,168.18 | 2,168.18 | 2,500.00 | 100.00 | | 2,600.00 | 146.68 | 37.70 | 161.20 | 86.24 | 431.82 |
| Melzer E Lima, Tayana | 12/05/2024 | 00490047 | 2,500.00 | 2,093.22 | 2,093.22 | 2,500.00 | | | 2,500.00 | 134.68 | 36.25 | 155.00 | 80.85 | 406.78 |
| Melzer E Lima, Tayana | 12/20/2024 | 00510048 | 3,262.34 | 2,664.68 | 2,664.68 | 2,500.00 | 762.34 | | 3,262.34 | 226.16 | 47.30 | 202.26 | 121.94 | 597.66 |
| Melzer E Lima, Tayana | 01/03/2025 | 00010048 | 2,500.00 | 2,097.76 | 2,097.76 | 2,500.00 | 2,500.00 | 130.14 | | | 36.25 | 155.00 | 80.85 | 402.24 |
| Melzer E Lima, Tayana | 01/13/2025 | 00030049 | 2,500.00 | 2,097.76 | 2,097.76 | 2,500.00 | 2,500.00 | 130.14 | | | 36.25 | 155.00 | 80.85 | 402.24 |

**Fill in this information to identify the case:**

Debtor name ___Nutracap Holdings, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___25-50430___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. First Horizon 5957 | Checking | 5  9  5  7 | $ 128,464.00 |
| 3.2. See continuation sheet | | | $ 348,468.00 |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. _____ | $_____ |
| 4.2. _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       | $ 476,932.00 |

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |

Description, including name of holder of deposit

| | |
|---|---|
| 7.1. HMI Atlanta V LLC | $ 14,900.00 |
| 7.2. See continuation sheet | $ 219,050.00 |

Debtor      Nutracap Holdings, LLC                                                           Case number *(if known)* 25-50430
            _____
            Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____     $_____

8.2._____     $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                             $ 233,950.00

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|--|--|--|

**11. Accounts receivable**

11a. 90 days old or less:   114,714.78   –   0.00              = ........➜   $ 114,714.78
                            face amount      doubtful or uncollectible accounts

11b. Over 90 days old:      193,998.37   –   144,440.65        = ........➜   $ 49,557.72
                            face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                         $ 164,272.50

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|--|--|--|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____     _____     $_____

14.2._____     _____     $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. MyoBlox, LLC _____     10 _____%     Book Value _____     $ Unknown

15.2._____     _____%     _____     $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____     _____     $_____

16.2._____     _____     $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                            $ 0.00

---

Debtor    Nutracap Holdings, LLC
          _____
          Name

Case number (*if known*) __25-50430__

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>See Schedule A/B, Q. 19 Attachment | 01/13/2025<br>MM / DD / YYYY | $ 8,918,846.61 | | $ 0.00 |
| **20. Work in progress**<br>See Schedule A/B, Q. 20 Attachment | 01/13/2025<br>MM / DD / YYYY | $ 648,000.44 | | $ 0.00 |
| **21. Finished goods, including goods held for resale**<br>See Schedule A/B, Q. 21 Attachment | 01/13/2025<br>MM / DD / YYYY | $ 500,853.92 | | $ 0.00 |
| **22. Other inventory or supplies**<br>_____ | MM / DD / YYYY | $ _____ | | $ _____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value  217,046.13        Valuation method_____        Current value 217,046.13

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|-------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested**<br>_____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** _Examples_: Livestock, poultry, farm-raised fish<br>_____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed**<br>_____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6**<br>_____ | $ _____ | _____ | $ _____ |

---

Debtor    Nutracap Holdings, LLC    Case number *(if known)* 25-50430
_____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.    $_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|--------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture** <br> Office furniture and equipment | $ 167,496.70 | _____ | $ 63,483.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computer equipment - software and hardware | $ 389,476.28 | _____ | $ 70,455.77 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ · | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.    $ 133,938.77

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   Nutracap Holdings, LLC _____   Case number (*if known*) 25-50430
            Name

---

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 MHC Truck Lease - KW T280 Truck | $ | | $ 0.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Production equipment and machinery | $ 6,436,373.05 | | $ 1,809,123.74 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.  $ 1,809,123.74

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | Nutracap Holdings, LLC | Case number (if known) | 25-50430 |
|---|---|---|---|
| | Name | | |

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Lease - 5785 Brookhollow Parkway | Facility Rental | | | 0.00<br>$_____ |
| 55.2 Lease - 2825 Pacific Drive, Ste. A | Facility Rental | $_____ | _____ | 0.00<br>$_____ |
| 55.3 See continuation sheet | | $_____ | _____ | 0.00<br>$_____ |
| | | 0.00 | | |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | 0.00 |
|---|---|
| | $_____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Trademarks; See Schedule A/B, Q. 64 Exhibit - Other Intangibles, o | 0.00<br>_____ | none | 4,000,000.00<br>_____ |
| 61. **Internet domain names and websites**<br>See continuation sheet | 0.00<br>$_____ | _____ | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>See continuation sheet | 0.00<br>$_____ | _____ | Unknown<br>$_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List | 0.00<br>$_____ | _____ | Unknown<br>$_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | 4,000,000.00 |
|---|---|
| | $_____ |

Debtor    Nutracap Holdings, LLC                                    Case number (if known)  25-50430
          Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  0.00  —  0.00  = ➔  $ 0.00
                                Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | Tax year | |
|---|---|---|
| Possible ERC Refund - 2020 Q4 | 2020 | $ 206,570.24 |
| Possible ERC Refund - 2021 Q2 | 2021 | $ 827,304.38 |
| Possible ERC Refund - 2021 Q1 | 2021 | $ 762,194.01 |

73. **Interests in insurance policies or annuities**

_____                              $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____

Nature of claim    _____          $ _____

Amount requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Claims against Wes Houser and David Bromwich                $ Unknown

Nature of claim    Claims for mismanagement

Amount requested   $ 0.00

76. **Trusts, equitable or future interests in property**

_____                              $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                              $ _____

_____                              $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $ 1,796,068.63

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

---

Debtor    Nutracap Holdings, LLC                                    Case number *(if known)*    25-50430
          Name

---

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 476,932.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 233,950.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 164,272.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 133,938.77 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,809,123.74 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 4,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 1,796,068.63 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 8,614,285.64 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...........................    8,614,285.64    $ 8,614,285.64

---

| Debtor 1 | Nutracap Holdings, LLC | | 25-50430 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | Case number *(if known)* |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Bank of America 4599 | Checking | 4599 |
| Balance: 105,672.00 | | |
| Brex 6789 | Checking | 6789 |
| Balance: 0.00 | | |
| First Horizon 5775 | Checking | 5775 |
| Balance: 152,253.00 | | |
| Bank of America 7461 | Checking | 7461 |
| Balance: 0.00 | | |
| Bank of America 7543 | Checking | 7543 |
| Balance: 48,295.00 | | |
| Bank of America 7503 | Checking | 7503 |
| Balance: 42,233.00 | | |
| Bank of America 7487 | Checking | 7487 |
| Balance: 0.00 | | |
| PayPal | Checking | 1030 |
| Balance: 15.00 | | |

**7) Deposits, including security deposits and utility deposits**

| General description | Current value |
|---|---|
| CI ATL III−GW, LLC (5785 Brook Hollow Pkwy, Norcross, GA) | $40,150.00 |
| HM Peachtree Corners I LLC│6550 Jimmy Carter Blvd, Norcross, GA | $135,500.00 |
| HMI Atlanta V LLC | $10,100.00 |
| HM Peachtree Corners I, LLC│6600 Jimmy Carter Blvd. | $33,300.00 |

**55) Real property**

| General description | Nature and extent of interest | Net book value | Valuation method | Current value |
|---|---|---|---|---|

| Debtor 1 | Nutracap Holdings, LLC | | 25-50430 |
|---|---|---|---|
| | First Name     Middle Name     Last Name | | Case number (if known)_____ |

## Continuation Sheet for Official Form 206 A/B

| Lease – 2825 Pacific Drive, Ste. C | Facility Rental | 0.00 |
|---|---|---|
| Lease – 6250 McDonough Drive | Facility Rental | 0.00 |
| Lease – 6550 Jimmy Carter Drive, Suite C, Norcross, GA 30071 | Facility Rental | 0.00 |
| Lease – 6600 Jimmy Carter Blvd., Ste. C, Norcross, GA 30071 | Facility Rental   0.00 | 0.00 |

**61) Internet domain names and websites**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| www.activewholesaleusa.com | | | Unknown |
| www.activesportsdistribution.com | | | Unknown |
| www.sportswholesalesupply.com | | | Unknown |
| www.bkackmagicsupps.com | | | Unknown |
| www.genonelabs.com | | | Unknown |
| www.nutracapusa.com | | | Unknown |
| www.chemixlifestyle.com | | | Unknown |
| www.nutraskinusa.com | | | Unknown |
| www.packrabbittusa.com | | | Unknown |

**62) Licenses, franchises, and royalties**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Business licenses | | | Unknown |

| Debtor 1 | Nutracap Holdings, LLC | | | 25-50430 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* |

### Continuation Sheet for Official Form 206 A/B

**US Food and Drug Administration Registration**                                    **Unknown**

**NUTRACAP HOLDINGS, LLC**
**CH. 11 CASE NO. 25-50430**
**SCHEDULE A/B, Q. 64 EXHIBIT**
**OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY**

| Reference No. | Mark | Country | Serial # | Registration No. | PTO Status | PTO Status Date | Attorney Of Record | Status | Event | Event Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 90129789 | 24/7 AMINOS | United States | 90/129,789 | 6,218,808 | Registered | 12/08/2020 | Jessica H. Leach, Esq. | | Section 8 Declaration Begins | 12/08/2025 |
| | | | | | | | | | Section 8 Declaration Ends | 12/08/2026 |
| | | | | | | | | | Section 8 Declaration Grace Period Ends | 06/08/2027 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 12/08/2029 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/08/2030 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/08/2031 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/08/2039 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/08/2040 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/08/2041 |
| 86633654 | A-SYN | United States | 86/633,654 | 4,874,233 | Section 8 & 15 - Accepted and Acknowledged | 06/10/2022 | Jessica H. Leach, Esq. | | Section 8 Declaration and Section 9 Renewal Begins | 12/22/2024 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/22/2025 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/22/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 12/22/2034 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/22/2035 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/22/2036 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 12/22/2044 |
| RN/5526135 | ALPHAFOCUS | United States | 87/535,409 | 5,526,135 | Registered | 07/24/2018 | Jessica H. Leach | Client request to lapse | | |
| SN88156824 | ASD ACTIVE SPORTS DISTRIBUTION | United States | 88/156,824 | 5,768,320 | Registered | 06/04/2019 | Jessica H. Leach | | Section 8 and 15 Declarations Begin | 06/04/2024 |
| | | | | | | | | | Section 8 and 15 Declarations End | 06/04/2025 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 12/04/2025 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 06/04/2028 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 06/04/2029 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 12/04/2029 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 06/04/2038 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 06/04/2039 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 12/04/2039 |
| RN/4938342 | BETA-O | United States | 86/631,967 | 4,938,342 | Section 8 & 15 - Accepted and Acknowledged | 04/21/2023 | Jessica H. Leach | Section 8 & 15 Accepted | Section 8 Declaration and Section 9 Renewal Begins | 04/12/2025 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 04/12/2026 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 10/12/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 04/12/2035 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 04/12/2036 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 10/12/2036 |
| Australia | BLACK MAGIC | Australia | 2002025 | | Registered: Registered/protected | | Stellar Law Pty Ltd | New Application Filed | Renewal Period Begins | 04/19/2028 |
| | | | | | | | | | Renewal Period Ends | 04/19/2029 |
| | | | | | | | | | Renewal Grace Period Ends | 10/19/2029 |
| | | | | | | | | | Renewal Period Begins | 04/19/2038 |
| | | | | | | | | | Renewal Period Ends | 04/19/2039 |
| | | | | | | | | | Renewal Grace Period Ends | 10/19/2039 |
| SN88160864 | BLACK MAGIC | United States | 88/160,864 | 5,888,719 | Registered | 10/22/2019 | Jessica H. Leach | | Section 8 and 15 Declarations Begin | 10/22/2024 |
| | | | | | | | | | Section 8 and 15 Declarations End | 10/22/2025 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 04/22/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 10/22/2028 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 10/22/2029 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 04/22/2030 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 10/22/2038 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 10/22/2039 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 04/22/2040 |
| RN/5155650 | BLO | United States | 87/116,570 | 5,155,650 | Section 8 & 15 - Accepted and Acknowledged | 02/13/2024 | Jessica H. Leach, Esq. | Section 8 & 15 Accepted | Section 8 Declaration and Section 9 Renewal Begins | 03/07/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 03/07/2027 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 09/07/2027 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 03/07/2036 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 03/07/2037 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 09/07/2037 |
| RN/4938247 | BYROVIRON | United States | 86/595,767 | 4,938,247 | Section 8 & 15 - Accepted and Acknowledged | 04/21/2023 | Jessica H. Leach | Section 8 & 15 Accepted | Section 8 Declaration and Section 9 Renewal Begins | 04/12/2025 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 04/12/2026 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 10/12/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 04/12/2035 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 04/12/2036 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 10/12/2036 |
| Australia | BZRK | Australia | 2002026 | | Registered: Registered/protected | | Stellar Law Pty Ltd | New Application Filed | Renewal Period Begins | 04/19/2028 |
| | | | | | | | | | Renewal Period Ends | 04/19/2029 |
| | | | | | | | | | Renewal Grace Period Ends | 10/19/2029 |
| | | | | | | | | | Renewal Period Begins | 04/19/2038 |
| | | | | | | | | | Renewal Period Ends | 04/19/2039 |
| | | | | | | | | | Renewal Grace Period Ends | 10/19/2039 |

**NUTRACAP HOLDINGS, LLC**
**CH. 11 CASE NO. 25-50430**
**SCHEDULE A/B, Q. 64 EXHIBIT**
**OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| RN/5718113 | BZRK | United States | 88/142,597 | 5,718,113 | Registered | 04/02/2019 | Jessica H. Leach | Registered | Reminder (4 months) | 12/02/2024 |
| | | | | | | | | | Reminder (2 months) | 02/02/2025 |
| | | | | | | | | | Reminder (1 month) | 03/02/2025 |
| | | | | | | | | | Reminder | 03/19/2025 |
| | | | | | | | | | Section 8 and 15 Declarations End | 04/02/2025 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 10/02/2025 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 04/02/2029 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 04/02/2029 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 10/02/2029 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 04/02/2038 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 04/02/2039 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 10/02/2039 |
| RN/4938264 | CAPSORB | United States | 86/600,654 | 4,938,264 | Section 8 & 15 - Accepted and Acknowledged | 04/21/2023 | Jessica H. Leach | Section 8 & 15 Accepted | Section 8 Declaration and Section 9 Renewal Begins | 04/12/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 04/12/2026 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 10/12/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 04/12/2035 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 04/12/2036 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 10/12/2036 |
| RN/5381992 | CHARGEUP | United States | 87/234,265 | 5,381,992 | Cancelled - Section 8 | 07/26/2024 | Jessica H. Leach | Client request to lapse | | |
| Australia | CHEMIX | Australia | 2002027 | | Registered: Registered/protected | | Stellar Law Pty Ltd | New Application Filed | Renewal Period Begins | 04/19/2028 |
| | | | | | | | | | Renewal Period Ends | 04/19/2029 |
| | | | | | | | | | Renewal Grace Period Ends | 10/19/2029 |
| | | | | | | | | | Renewal Period Begins | 04/19/2038 |
| | | | | | | | | | Renewal Period Ends | 04/19/2039 |
| | | | | | | | | | Renewal Grace Period Ends | 10/19/2039 |
| SN88251977 | CHEMIX | United States | 88/251,977 | 5,853,487 | Registered | 09/03/2019 | Jessica H. Leach | | Section 8 and 15 Declarations Begin | 09/03/2024 |
| | | | | | | | | | Section 8 and 15 Declarations End | 09/03/2025 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 03/03/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 09/03/2029 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 09/03/2029 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 03/03/2030 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 09/03/2038 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 09/03/2039 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 03/03/2040 |
| RN/4995186 | COMPLETE P.T. RECOVERY | United States | 86/892,549 | 4,995,186 | Cancelled - Section 8 | 01/20/2023 | Jessica H. Leach | Client request to lapse | | |
| RN/5234670 | CONTRA | United States | 86/676,444 | 5,234,670 | Section 8 & 15 - Accepted and Acknowledged | 12/28/2023 | Jessica H. Leach, Esq. | Section 8 & 15 Accepted | Section 8 Declaration and Section 9 Renewal Begins | 07/04/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 07/04/2027 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 01/04/2028 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 07/04/2036 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 07/04/2037 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 01/04/2038 |
| SN88359857 | CORTIBLOC | United States | 88/359,857 | 5,946,205 | Registered | 12/24/2019 | Jessica H. Leach | | Section 8 and 15 Declarations Begin | 12/24/2024 |
| | | | | | | | | | Section 8 and 15 Declarations End | 12/24/2025 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 06/24/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 12/24/2028 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/24/2029 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/24/2030 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 12/24/2038 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/24/2039 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/24/2040 |
| RN/5537077 | DELTA RECOVERY | United States | 87/535,462 | 5,537,077 | Registered | 08/07/2018 | Jessica H. Leach | Client request to lapse | | |
| SN/90721357 | DEXACRAVE | United States | 90/721,357 | | Abandoned - Failure To Respond Or Late Response | 08/26/2022 | Jessica H. Leach | Client request to lapse | | |
| Australia | DURA GAINS | Australia | 2002028 | | Registered: Registered/protected | | Stellar Law Pty Ltd | New Application Filed | Renewal Period Begins | 04/19/2028 |
| | | | | | | | | | Renewal Period Ends | 04/19/2029 |
| | | | | | | | | | Renewal Grace Period Ends | 10/19/2029 |
| | | | | | | | | | Renewal Period Begins | 04/19/2038 |
| | | | | | | | | | Renewal Period Ends | 04/19/2039 |
| | | | | | | | | | Renewal Grace Period Ends | 10/19/2039 |

**NUTRACAP HOLDINGS, LLC**
**CH. 11 CASE NO. 25-50430**
**SCHEDULE A/B, Q. 64 EXHIBIT**
**OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| RN/5762579 | DURA GAINS | United States | 88/156,421 | 5,762,579 | Registered | 05/28/2019 | Jessica H. Leach | Registered | Reminder (6 months) | 11/28/2024 |
| | | | | | | | | | Reminder (4 months) | 01/28/2025 |
| | | | | | | | | | Reminder (2 months) | 03/28/2025 |
| | | | | | | | | | Reminder (1 month) | 04/28/2025 |
| | | | | | | | | | Reminder | 05/14/2025 |
| | | | | | | | | | Section 8 and 15 Declarations End | 05/28/2025 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 11/28/2025 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 05/28/2028 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 05/28/2029 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 11/28/2029 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 05/28/2038 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 05/28/2039 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 11/28/2039 |
| SN/90721303 | EDGE:XP | United States | 90/721,303 | | Abandoned - No Statement Of Use Filed | 06/26/2023 | Jessica H. Leach | Client request to lapse | | |
| RN/4960910 | EPI-STRONG | United States | 86/364,511 | 4,960,910 | Cancelled - Section 8 | 12/02/2022 | Jessica H. Leach | Client request to lapse | | |
| Opposition No. | Ehplabs, LLC v. | United States | | | | | | Suspended | | |
| RN/5316634 | FULVIPURE | United States | 87/401,687 | 5,316,634 | Section 8 & 15 - Accepted and Acknowledged | 06/05/2024 | Jessica H. Leach, Esq. | Section 8 & 15 Accepted | Section 8 Declaration and Section 9 Renewal Begins | 10/24/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 10/24/2027 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 04/24/2028 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 10/24/2036 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 10/24/2037 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 04/24/2038 |
| RN/5502547 | GENONE LABORATORIES | United States | 87/689,540 | 5,502,547 | Section 8 & 15 - Accepted and Acknowledged | 02/14/2024 | Jessica H. Leach | Section 8 & 15 Accepted | Section 8 Declaration and Section 9 Renewal Begins | 06/26/2027 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 06/26/2028 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 12/26/2028 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 06/26/2037 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 06/26/2038 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 12/26/2038 |
| RN/5575073 | GENONE LABORATORIES | United States | 87/804,988 | 5,575,073 | Registered | 10/02/2018 | Jessica H. Leach | Section 8 & 15 filed | Section 8 Declaration and Section 9 Renewal Begins | 10/02/2027 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 10/02/2028 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 04/02/2029 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 10/02/2037 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 10/02/2038 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 04/02/2039 |
| RN/5757459 | GENONE LABORATORIES | United States | 88/152,724 | 5,757,459 | Registered | 05/21/2019 | Jessica H. Leach | Registered | Reminder (6 months) | 11/21/2024 |
| | | | | | | | | | Reminder (4 months) | 01/21/2025 |
| | | | | | | | | | Reminder (2 months) | 03/21/2025 |
| | | | | | | | | | Reminder (1 month) | 04/21/2025 |
| | | | | | | | | | Reminder | 05/07/2025 |
| | | | | | | | | | Section 8 and 15 Declarations End | 05/21/2025 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 11/21/2025 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 05/21/2028 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 05/21/2029 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 11/21/2029 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 05/21/2038 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 05/21/2039 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 11/21/2039 |
| RN/5531632 | HYPERGREENS | United States | 87/535,482 | 5,531,632 | Registered | 07/31/2018 | Jessica H. Leach | Client request to lapse | | |
| 86676446 | ILLA | United States | 86/676,446 | 4,874,496 | Section 8 & 15 - Accepted and Acknowledged | 06/10/2022 | Jessica H. Leach, Esq. | | Section 8 Declaration and Section 9 Renewal Ends | 12/22/2024 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/22/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 12/22/2034 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/22/2035 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/22/2036 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 12/22/2044 |
| 86652420 | ISOFRACT | United States | 86/652,420 | 4,874,447 | Section 8 & 15 - Accepted and Acknowledged | 06/10/2022 | Jessica H. Leach, Esq. | | Section 8 Declaration and Section 9 Renewal Begins | 12/22/2024 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/22/2025 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/22/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 12/22/2034 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/22/2035 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/22/2036 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 12/22/2044 |

**NUTRACAP HOLDINGS, LLC**
**CH. 11 CASE NO. 25-50430**
**SCHEDULE A/B, Q. 64 EXHIBIT**
**OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| RN/5552119 | KETO-FX | United States | 87/533,033 | 5,552,119 | Registered | 08/28/2018 | Jessica H. Leach | Registered | Section 8 and 15 Declarations Grace Period Ends | 02/28/2025 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 08/28/2027 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 08/28/2028 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 02/28/2029 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 08/28/2037 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 08/28/2038 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 02/28/2039 |
| RN/5520978 | KEWLIFY | United States | 87/535,388 | 5,520,978 | Registered | 07/17/2018 | Jessica H. Leach | Client request to lapse | | |
| Australia | KEYZ | Australia | 2002030 | | Registered: Registered/protected | | Stellar Law Pty Ltd | New Application Filed | Renewal Period Begins | 04/19/2028 |
| | | | | | | | | | Renewal Period Ends | 04/19/2029 |
| | | | | | | | | | Renewal Grace Period Ends | 10/19/2029 |
| | | | | | | | | | Renewal Period Begins | 04/19/2038 |
| | | | | | | | | | Renewal Period Ends | 04/19/2039 |
| | | | | | | | | | Renewal Grace Period Ends | 10/19/2039 |
| RN/5718114 | KEYZ | United States | 88/142,609 | 5,718,114 | Registered | 04/02/2019 | Jessica H. Leach | Registered | Reminder (4 months) | 12/02/2024 |
| | | | | | | | | | Reminder (2 months) | 02/02/2025 |
| | | | | | | | | | Reminder (1 month) | 03/02/2025 |
| | | | | | | | | | Reminder | 03/19/2025 |
| | | | | | | | | | Section 8 and 15 Declarations End | 04/02/2025 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 10/02/2025 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 04/02/2028 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 04/02/2029 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 10/02/2029 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 04/02/2039 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 10/02/2039 |
| SN86937454 | LEAN A.M. | United States | 86/937,454 | 5,130,428 | Cancelled - Section 8 | 08/04/2023 | Jessica H. Leach | Client request to lapse | | |
| RN5102048 | LEANGBB | United States | 86/949,291 | 5,102,048 | Section 8 & 15 - Accepted and Acknowledged | 06/07/2023 | Jessica H. Leach | Section 8 & 15 Accepted | Section 8 Declaration and Section 9 Renewal Ends | 12/13/2025 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/13/2026 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/13/2027 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/13/2035 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/13/2036 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/13/2037 |
| 86633645 | LOCO | United States | 86/633,645 | 4,874,231 | Section 8 & 15 - Accepted and Acknowledged | 06/10/2022 | Jessica H. Leach, Esq. | | Section 8 Declaration and Section 9 Renewal Ends | 12/22/2025 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/22/2026 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/22/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/22/2034 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/22/2035 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/22/2036 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 12/22/2044 |
| RN/4621322 | LUNAMAX | United States | 86/297,908 | 4,621,322 | Section 8 & 15 - Accepted and Acknowledged | 01/26/2021 | Jessica H. Leach | Client request to lapse | | |
| RN/5073397 | M | United States | 87/045,228 | 5,073,397 | Cancelled - Section 8 | 05/12/2023 | Jessica H. Leach, Esq. | Client request to lapse | | |
| RN/5586324 | M | United States | 87/910,294 | 5,586,324 | Registered | 10/16/2018 | Jessica H. Leach, Esq. | Registered | Section 8 and 15 Declarations End | 10/16/2024 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 04/16/2025 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 10/16/2027 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 10/16/2028 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 04/16/2029 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 10/16/2037 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 10/16/2038 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 04/16/2039 |
| SN/90904604 | MAD VILLAIN | United States | 90/904,604 | | Abandoned - No Statement Of Use Filed | 12/05/2022 | Jessica H. Leach | Abandoned | | |
| SN88666104 | MAGIC ERASER THE FAT VANISHER | United States | 88/666,104 | 6,162,050 | Registered | 09/29/2020 | Jessica H. Leach | | Section 8 and 15 Declarations Begin | 09/29/2025 |
| | | | | | | | | | Section 8 and 15 Declarations End | 09/29/2026 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 03/29/2027 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 09/29/2029 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 09/29/2030 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 03/29/2031 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 09/29/2039 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 09/29/2040 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 03/29/2041 |

**NUTRACAP HOLDINGS, LLC**
**CH. 11 CASE NO. 25-50430**
**SCHEDULE A/B, Q. 64 EXHIBIT**
**OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SN88156423 | MAGIC STICK | United States | 88/156,423 | 5,830,264 | Registered | | 08/06/2019 | Jessica H. Leach | | Section 8 and 15 Declarations Begin | 08/06/2024 |
| | | | | | | | | | | Section 8 and 15 Declarations End | 08/06/2025 |
| | | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 08/06/2026 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 08/06/2028 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 08/06/2029 |
| | | | | | | | | | | Section 8 and 9 Grace Period Ends | 02/06/2030 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 08/06/2038 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 08/06/2039 |
| | | | | | | | | | | Section 8 and 9 Grace Period Ends | 02/06/2040 |
| 88374594 | MARTIAN | United States | 88/374,594 | 6,020,345 | Registered | | 03/24/2020 | Jessica H. Leach, Esq. | | Section 8 and 15 Declarations Begin | 03/24/2025 |
| | | | | | | | | | | Section 8 and 15 Declarations End | 03/24/2026 |
| | | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 09/24/2026 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 03/24/2029 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 03/24/2030 |
| | | | | | | | | | | Section 8 and 9 Grace Period Ends | 09/24/2030 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 03/24/2039 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 03/24/2040 |
| | | | | | | | | | | Section 8 and 9 Grace Period Ends | 09/24/2040 |
| RN/4994430 | MEGA LABS | United States | 86/597,707 | 4,994,430 | Cancelled - Section 8 | | 01/20/2023 | Jessica H. Leach | Client request to lapse | | |
| RN/5757658 | MENTIS EXTREME | United States | 88/156,853 | 5,757,658 | Registered | | 05/21/2019 | Jessica H. Leach | Registered | Reminder (6 months) | 11/21/2024 |
| | | | | | | | | | | Reminder (4 months) | 01/21/2025 |
| | | | | | | | | | | Reminder (2 months) | 03/21/2025 |
| | | | | | | | | | | Reminder (1 month) | 04/21/2025 |
| | | | | | | | | | | Reminder | 05/07/2025 |
| | | | | | | | | | | Section 8 and 15 Declarations End | 05/21/2025 |
| | | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 11/21/2025 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 05/21/2028 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 05/21/2029 |
| | | | | | | | | | | Section 8 and 9 Grace Period Ends | 11/21/2029 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 05/21/2038 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 05/21/2039 |
| | | | | | | | | | | Section 8 and 9 Grace Period Ends | 11/21/2039 |
| RN/5237822 | METAFORM ONE | United States | 86/892,548 | 5,237,822 | Cancelled - Section 8 | | 01/19/2024 | Jessica H. Leach | Client request to lapse | | |
| SN/90720929 | MODSUPPS | United States | 90/720,929 | | Abandoned - No Statement Of Use Filed | | 06/26/2023 | Jessica H. Leach | Client request to lapse | | |
| SN88156776 | MV ONE | United States | 88/156,776 | 5,987,487 | Registered | | 02/18/2020 | Jessica H. Leach | | Section 8 and 15 Declarations Begin | 02/18/2025 |
| | | | | | | | | | | Section 8 and 15 Declarations End | 02/18/2026 |
| | | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 08/18/2026 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 02/18/2029 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 02/18/2030 |
| | | | | | | | | | | Section 8 and 9 Grace Period Ends | 08/18/2030 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 02/18/2039 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 02/18/2040 |
| | | | | | | | | | | Section 8 and 9 Grace Period Ends | 08/18/2040 |
| RN/4566384 | MYOBLOX | United States | 85/907,551 | 4,566,384 | Registered And Renewed | | 02/21/2024 | Jessica H. Leach, Esq. | Section 8 & 9 Accepted | Section 8 Declaration and Section 9 Renewal Begins | 07/15/2033 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 07/15/2034 |
| | | | | | | | | | | Section 8 and 9 Grace Period Ends | 01/15/2035 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 07/15/2043 |
| SN/97604323 | N NUTRACAP | United States | 97/604,323 | | Published For Opposition | | 12/10/2024 | JESSICA H. LEACH | Notice of Publication | Publication period ends | 01/09/2025 |
| RN/5622816 | NUTRACAP LABS | United States | 87929367 | 5622816 | Registered | | 12/04/2018 | Jessica H. Leach | Section 8 & 15 filed | Section 8 Declaration and Section 9 Renewal Begins | 12/04/2027 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/04/2028 |
| | | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/04/2029 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 12/04/2037 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/04/2038 |
| | | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/04/2039 |
| Australia | NUTRASKIN | Australia | | 2005851 | | | | Stellar Law Pty Ltd | Registered | Renewal | 05/09/2029 |
| RN5951721 | NUTRASKIN | United States | 88/343,709 | 5,951,721 | Registered | | 12/31/2019 | Jessica H. Leach | Registered | Section 8 and 15 Declarations Begin | 12/31/2024 |
| | | | | | | | | | | Section 8 and 15 Declarations End | 12/31/2025 |
| | | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 06/30/2026 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 12/31/2028 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/31/2029 |
| | | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/30/2030 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 12/31/2038 |
| | | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/31/2039 |
| | | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/30/2040 |
| United Kingdom | NUTRASKIN | United | | UK00003416255 | | | | Stobbs IP | Registered | Renewal | 07/24/2029 |

**NUTRACAP HOLDINGS, LLC**
**CH. 11 CASE NO. 25-50430**
**SCHEDULE A/B, Q. 64 EXHIBIT**
**OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY**

| Reg/Serial | Mark | Country | Serial/Reg No. | Reg No. | Status | Date | Attorney | Note | Event | Event Date |
|---|---|---|---|---|---|---|---|---|---|---|
| RN/4984843 | OMEGA LABS | United States | 86/596,224 | 4,984,843 | Cancelled - Section 8 | 01/06/2023 | Jessica H. Leach | Client request to lapse | | |
| SN87535450 | OPTIBOOST | United States | 87/535,450 | 6,066,488 | Registered | 06/02/2020 | Jessica H. Leach | | Section 8 and 15 Declarations Begin | 06/02/2025 |
| | | | | | | | | | Section 8 and 15 Declarations End | 06/02/2026 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period End | 12/02/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 06/02/2029 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 06/02/2030 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 12/02/2030 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 06/02/2039 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 06/02/2040 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 12/02/2040 |
| RN/5526136 | OPTILEAN | United States | 87/535,434 | 5,526,136 | Registered | 07/24/2018 | Jessica H. Leach | Client request to lapse | | |
| RN/4621321 | ORCHILEAN | United States | 86/297,556 | 4,621,321 | Section 8 & 15 - Accepted and Acknowledged | 01/26/2021 | Jessica H. Leach | Registered | Section 8 and 9 Grace Period Ends | 04/14/2025 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 10/14/2033 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 10/14/2034 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 04/14/2035 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 10/14/2043 |
| RN/5167555 | OSMOJET | United States | 86/828,391 | 5,167,555 | Cancelled - Section 8 | 10/06/2023 | Jessica H. Leach, Esq. | Client request to lapse | | |
| SN88292848 | OXY GREENS | United States | 88/292,848 | 5,828,871 | Cancellation Terminated - See TTAB Records | 10/29/2024 | JESSICA H. LEACH | | Section 8 and 15 Declarations Begin | 08/06/2024 |
| | | | | | | | | | Section 8 and 15 Declarations End | 08/06/2025 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 02/06/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 08/06/2028 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 08/06/2029 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 02/06/2030 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 08/06/2038 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 08/06/2039 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 02/06/2040 |
| RN/5553575 | OXY LEAN | United States | 87/689,716 | 5,553,575 | Registered | 09/04/2018 | Jessica H. Leach | Registered | Section 8 and 15 Declarations Grace Period Ends | 03/04/2025 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 09/04/2027 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 09/04/2028 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 03/04/2029 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 09/04/2037 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 09/04/2038 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 03/04/2039 |
| RN/5486602 | OXY LEAN COMPLETE MEAL PRO | United States | 87/689,783 | 5,486,602 | Cancelled - Section 8 | 12/20/2024 | Jessica H. Leach | Client request to lapse | | |
| RN/5685381 | OXY LEAN PM | United States | 88/028,009 | 5,685,381 | Registered | 02/26/2019 | Jessica H. Leach | Registered | Reminder (2 months) | 12/26/2024 |
| | | | | | | | | | Reminder (1 month) | 01/26/2025 |
| | | | | | | | | | Reminder | 02/12/2025 |
| | | | | | | | | | Section 8 and 15 Declarations End | 02/26/2025 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 08/26/2025 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 02/26/2028 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 02/26/2029 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 08/26/2029 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 02/26/2038 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 02/26/2039 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 08/26/2039 |
| RN/5454750 | OXYLEAN ELITE | United States | 87/357,604 | 5,454,750 | Registered | 04/24/2018 | Jessica H. Leach | Section 8 & 15 filed | Section 8 Declaration and Section 9 Renewal Begins | 04/24/2027 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 04/24/2028 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 10/24/2028 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 04/24/2037 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 04/24/2038 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 10/24/2038 |
| RN/5183858 | PREMIUM ISO | United States | 87/234,099 | 5,183,858 | Cancelled - Section 8 | 10/27/2023 | Jessica H. Leach | Client request to lapse | | |
| RN/5381988 | PREUP | United States | 87/234,092 | 5,381,988 | Cancelled - Section 8 | 07/26/2024 | Jessica H. Leach | Client request to lapse | | |
| RN/5366153 | PUMPUP | United States | 87/234,297 | 5366153 | Cancelled - Section 8 | 07/12/2024 | Jessica H. Leach | Client request to lapse | | |
| RN/5556967 | PUREKETO | United States | 87/617,116 | 5,556,967 | Registered | 09/04/2018 | Jessica H. Leach | Registered | Section 8 and 15 Declarations Grace Period Ends | 03/04/2025 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 09/04/2027 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 09/04/2028 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 03/04/2029 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 09/04/2037 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 09/04/2038 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 03/04/2039 |

**NUTRACAP HOLDINGS, LLC**
**CH. 11 CASE NO. 25-50430**
**SCHEDULE A/B, Q. 64 EXHIBIT**
**OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 88245224 | RUBIX | United States | 88/245,224 | 5,794,619 | Registered | 07/02/2019 | Jessica H. Leach, Esq. | | Section 8 and 15 Declarations Begin | 07/02/2024 |
| | | | | | | | | | Section 8 and 15 Declarations End | 07/02/2025 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 01/02/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 07/02/2028 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 07/02/2029 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 01/02/2030 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 07/02/2038 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 07/02/2039 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 01/02/2040 |
| SN88142654 | SKULL DUST | United States | 88/142,654 | 5,789,841 | Registered | 06/25/2019 | Jessica H. Leach | | Section 8 and 15 Declarations Begin | 06/25/2024 |
| | | | | | | | | | Section 8 and 15 Declarations End | 06/25/2025 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 12/25/2025 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 06/25/2028 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 06/25/2029 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 12/25/2029 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 06/25/2038 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 06/25/2039 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 12/25/2039 |
| Australia | SKULLDUST | Australia | 2002031 | | Registered: Registered/protected | | Stellar Law Pty Ltd | New Application Filed | Renewal Period Begins | 04/19/2028 |
| | | | | | | | | | Renewal Period Ends | 04/19/2029 |
| | | | | | | | | | Renewal Grace Period Ends | 10/19/2029 |
| | | | | | | | | | Renewal Period Begins | 04/19/2038 |
| | | | | | | | | | Renewal Period Ends | 04/19/2039 |
| | | | | | | | | | Renewal Grace Period Ends | 10/19/2039 |
| RN/7467922 | SKYWALK | United States | 98132755 | 7467922 | Registered | 08/06/2024 | Jessica H. Leach | Registered | Section 8 and 15 Declarations Begin | 08/06/2029 |
| | | | | | | | | | Section 8 and 15 Declarations End | 08/06/2030 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 02/06/2031 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 08/06/2033 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 08/06/2034 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 02/06/2035 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 08/06/2043 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 08/06/2044 |
| RN/5387819 | SLR NUTRITION | United States | 87/219,456 | 5,387,819 | Cancelled - Section 8 | 08/02/2024 | Jessica H. Leach | Client request to lapse | | |
| Australia | SUPER NATTY | Australia | 2002032 | | Lapsed: Not Accepted | | Stellar Law Pty Ltd | New Application Filed | | |
| SN88156404 | SUPER NATTY | United States | 88/156,404 | 5,802,452 | Registered | 07/09/2019 | Jessica H. Leach | | Section 8 and 15 Declarations Begin | 07/09/2024 |
| | | | | | | | | | Section 8 and 15 Declarations End | 07/09/2025 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 01/09/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 07/09/2028 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 07/09/2029 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 01/09/2030 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 07/09/2038 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 07/09/2039 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 01/09/2040 |
| 88245226 | SUPRA | United States | 88/245,226 | 5,806,542 | Registered | 07/16/2019 | Jessica H. Leach, Esq. | | Section 8 and 15 Declarations Begin | 07/16/2024 |
| | | | | | | | | | Section 8 and 15 Declarations End | 07/16/2025 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 01/16/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 07/16/2028 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 07/16/2029 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 01/16/2030 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 07/16/2038 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 07/16/2039 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 01/16/2040 |
| RN/4944609 | TETRA | United States | 86/652,423 | 4,944,609 | Cancelled - Section 8 | 11/11/2022 | Jessica H. Leach, Esq. | Client request to lapse | | |
| SN/98259398 | TETRA | United States | 98259398 | | Suspension Letter - Mailed | 06/28/2024 | Jessica H. Leach | Suspension Letter | | |
| RN/4938214 | THERMO V | United States | 86/580,325 | 4,938,214 | Section 8 & 15 - Accepted and Acknowledged | 04/21/2023 | Jessica H. Leach | Section 8 & 15 Accepted | Section 8 Declaration and Section 9 Renewal Begins | 04/12/2025 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 04/12/2026 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 10/12/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 04/12/2035 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 04/12/2036 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 10/12/2036 |
| SN/90721327 | THERMOCRAVE | United States | 90/721,327 | | Abandoned - Failure To Respond Or Late Response | 08/26/2022 | Jessica H. Leach | Client request to lapse | | |

**NUTRACAP HOLDINGS, LLC**
**CH. 11 CASE NO. 25-50430**
**SCHEDULE A/B, Q. 64 EXHIBIT**
**OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY**

| ID | Name | Country | App No. | Reg No. | Status | Date | Attorney | Note | Event | Event Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 86676443 | TOMIDEX | United States | 86/676,443 | 4,874,495 | Section 8 & 15 - Accepted and Acknowledged | 06/10/2022 | Jessica H. Leach, Esq. | | Section 8 Declaration and Section 9 Renewal Begins | 12/22/2024 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/22/2025 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/22/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 12/22/2034 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 12/22/2035 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 06/22/2036 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 12/22/2044 |
| SN/90226179 | VILLAIN INDUSTRIES | United States | 90/226,179 | | Abandoned - No Statement Of Use Filed | 06/03/2024 | Jessica H. Leach | Abandoned | | |
| Australia | WAND | Australia | 2002033 | | Registered: Registered/protected | | Stellar Law Pty Ltd | New Application Filed | Renewal Period Begins | 04/19/2028 |
| | | | | | | | | | Renewal Period Ends | 04/19/2029 |
| | | | | | | | | | Renewal Grace Period Ends | 10/19/2029 |
| | | | | | | | | | Renewal Period Begins | 04/19/2038 |
| | | | | | | | | | Renewal Period Ends | 04/19/2039 |
| | | | | | | | | | Renewal Grace Period Ends | 10/19/2039 |
| SN88343945 | WAND THE MAGIC STICK | United States | 88/343,945 | 5,872,610 | Registered | 10/01/2019 | Jessica H. Leach | | Section 8 and 15 Declarations Begin | 10/01/2024 |
| | | | | | | | | | Section 8 and 15 Declarations End | 10/01/2025 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 04/01/2026 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 10/01/2028 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 10/01/2029 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 04/01/2030 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 10/01/2038 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 10/01/2039 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 04/01/2040 |
| RN/5059692 | WEREWOLF BLOOD | United States | 87/053,860 | 5,059,692 | Cancelled - Section 8 | 04/21/2023 | Jessica H. Leach, Esq. | Client request to lapse | | |
| RN/7468940 | WEREWOLF BLOOD | United States | 98259389 | 7468940 | Registered | 08/06/2024 | Jessica H. Leach | Registered | Section 8 and 15 Declarations Begin | 08/06/2029 |
| | | | | | | | | | Section 8 and 15 Declarations End | 08/06/2030 |
| | | | | | | | | | Section 8 and 15 Declarations Grace Period Ends | 02/06/2031 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 08/06/2033 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 08/06/2034 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 02/06/2035 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 08/06/2043 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 08/06/2044 |
| RN/5205684 | XO SERIES | United States | 86/828,385 | 5,205,684 | Section 8 & 15 - Accepted and Acknowledged | 05/20/2024 | Jessica H. Leach, Esq. | Section 8 & 15 Accepted | Section 8 Declaration and Section 9 Renewal Begins | 05/16/2026 |
| | | | | | | | | | Reminder (6 months) | 11/16/2026 |
| | | | | | | | | | Reminder (4 months) | 01/16/2027 |
| | | | | | | | | | Reminder (2 months) | 03/16/2027 |
| | | | | | | | | | Reminder (1 month) | 04/16/2027 |
| | | | | | | | | | Reminder | 05/02/2027 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 05/16/2027 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 11/16/2027 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Begins | 05/16/2036 |
| | | | | | | | | | Section 8 Declaration and Section 9 Renewal Ends | 05/16/2037 |
| | | | | | | | | | Section 8 and 9 Grace Period Ends | 11/16/2037 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Nutracap Holdings, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known): | 25-50430 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| First Horizon Bank | Blanket lien | $ 17,000,000.00 | $ 0.00 |

Creditor's mailing address
165 Madison Avenue
Memphis, TN 38103

Creditor's email address, if known

Describe the lien
Agreement you made

Date debt was incurred

Is the creditor an insider or related party?
☑ No
☐ Yes

Last 4 digits of account number    1234

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Gwinnett Co. Tax Commissioner | Blanket lien | $9,767.72 | $0.00 |

Creditor's mailing address
75 Langley Drive
Lawrenceville, GA 30046

Creditor's email address, if known

Describe the lien
Judgment, FiFa Bk 6519 Pg 176; 2022 Busir

Date debt was incurred    07/17/2024
Last 4 digits of account number    8018

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 17,199,765.96

Debtor    Nutracap Holdings, LLC
_____    Case number (if known)_____ 25-50430
Name

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3  Creditor's name**
Gwinnett Co. Tax Commissioner
_____

**Creditor's mailing address**

75 Langley Drive
_____
Lawrenceville, GA 30046
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    07/17/2024
**Last 4 digits of account number**    8018

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket lien

**Describe the lien**

Judgment, FiFa Bk 6519 Pg 174; 2022 Busir

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,936.26    $0.00

---

**2.4  Creditor's name**
Gwinnett Co. Tax Commissioner
_____

**Creditor's mailing address**

75 Langley Drive
_____
Lawrenceville, GA 30046
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____
**Last 4 digits of account number**    8016

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Blanket lien

**Describe the lien**

Judgment, FiFa Bk 6519 Pg 175; 2023 Busir

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$83,374.27    $0.00

---

Debtor   Nutracap Holdings, LLC
         Name                                                    Case number (if known)   25-50430

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
Gwinnett Co. Tax Commissioner

**Describe debtor's property that is subject to a lien**
Blanket lien

$352.59          $0.00

**Creditor's mailing address**
75 Langley Drive
Lawrenceville, GA 30046

**Creditor's email address, if known**

**Date debt was incurred** 07/17/2024
**Last 4 digits of account number** 6461

**Describe the lien**
Judgment, FiFa Bk 6519 Pg 168; 2023 Busi

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.6** Creditor's name
Gwinnett Co. Tax Commissioner

**Describe debtor's property that is subject to a lien**
Blanket lien

$84,109.42          $0.00

**Creditor's mailing address**
75 Langley Drive
Lawrenceville, GA 30046

**Creditor's email address, if known**

**Date debt was incurred** 07/17/2024
**Last 4 digits of account number** 8016

**Describe the lien**
Judgment, FiFa Bk 6519 Pg 173; 2022 Busi

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

---

| Debtor | Nutracap Holdings, LLC | | Case number *(if known)* | 25-50430 |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** Creditor's name
Gwinnett Co. Tax Commissioner

**Describe debtor's property that is subject to a lien**

Blanket lien

$1,225.70          $0.00

Creditor's mailing address

75 Langley Drive
Lawrenceville, GA 30046

Creditor's email address, if known

Date debt was incurred    03/05/2024
Last 4 digits of account number    1974

**Describe the lien**

Judgment, FiFa Bk 6417 Pg 63; 2023 Busine

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** Creditor's name

**Describe debtor's property that is subject to a lien**

$_____          $_____

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred    _____
Last 4 digits of account number    _____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  4  of  5

| Debtor | Nutracap Holdings, LLC | Case number *(if known)* | 25-50430 |
|--------|------------------------|--------------------------|----------|
| | Name | | |

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|------------------------------------------------|
| Erich Durlacher<br>Burr & Forman<br>1075 Peachtree Street NE, Suite 3000<br>Atlanta, GA, 30309 | Line 2. 1 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Nutracap Holdings, LLC |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (if known) | 25-50430 |

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

As of the petition filing date, the claim is: $ 0.00     $ ___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
___

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** **Priority creditor's name and mailing address**
Georgia Department of Revenue
1800 Century Blvd
Ste 9100
Atlanta, GA 30345

As of the petition filing date, the claim is: $ 0.00     $ ___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
___

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** **Priority creditor's name and mailing address**
Gwinnett County Tax Commissioner
PO Box 372
Lawrenceville, GA 30046

As of the petition filing date, the claim is: $ 355.97     $ 355.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
___

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor    Nutracap Holdings, LLC                                  Case number *(if known)*   25-50430
         Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.⁴  Priority creditor's name and mailing address**

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

$ 0.00                          $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

☑ No
☐ Yes

---

**2.___  Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____                    $ _____

**Date or dates debt was incurred**

**Basis for the claim:**

_____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

☐ No
☐ Yes

---

**2.___  Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____                    $ _____

**Date or dates debt was incurred**

**Basis for the claim:**

_____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

☐ No
☐ Yes

---

**2.___  Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____                    $ _____

**Date or dates debt was incurred**

**Basis for the claim:**

_____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

☐ No
☐ Yes

---

Debtor  Nutracap Holdings, LLC
_____
Name

Case number *(if known)* 25-50430

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
A to J Group LLC
111 AYERS DRIVER ROAD
Villa Rica, GA 30180

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,490.78

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
AA PHARMACHEM INC. USA
16885 West Bernardo Drive Suite 100
San Diego, CA 92127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 29,146.25

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
ABBOTT BLACKSTONE COMPANY
411 Cleveland St #198
Clearwater, FL 33755

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,314.70

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
ADP
1155 Perimeter Center West
Atlanta, GA 30338

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,511.04

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Advance Fire Inspection
3308 Peachtree Industrial Blvd
Duluth, GA 30096

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 475.04

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
AFS
PO BOX 18410
SHREVEPORT, LA 71138

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 10,864.05

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Nutracap Holdings, LLC | Case number *(if known)* | 25-50430 |
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.**7  **Nonpriority creditor's name and mailing address**

AHB US LLC
100 Canal Pointe Blvd suite 204
Princeton, NJ 8540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,100.00

---

**3.**8  **Nonpriority creditor's name and mailing address**

AlfaCaps
151 1st Ave #115
New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 60,900.00

---

**3.**9  **Nonpriority creditor's name and mailing address**

Alkemist Labs
12661 Hoover St
Garden Grove, CA 92841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 13,695.00

---

**3.**10  **Nonpriority creditor's name and mailing address**

Amelic e Servicos Ltda
420 Alameda Oscar Niemeyer
Room 405 Nova Lima 34.006-049
Brazil

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,000.00

---

**3.**11  **Nonpriority creditor's name and mailing address**

AMERICAN RIVER NUTRITION, LLC
333 Venture Way
Hadley, MA 1035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,950.00

Debtor ____Manacap Holdings, LLC_____    Case number _(if known)___25-50430_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.12  Nonpriority creditor's name and mailing address**

American World Trade
45 N. Broad St Suite 100
Ridgewood, NJ 7450

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 420.00

---

**3.13  Nonpriority creditor's name and mailing address**

AmTrust North America
PO Box 6939
Cleveland, OH 44101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 2,068.10

---

**3.14  Nonpriority creditor's name and mailing address**

Analytical Resource Laboratories - ARL
520 South 850 East Suite B3
Lehi, UT 84043

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 5,249.04

---

**3.15  Nonpriority creditor's name and mailing address**

Anderson Advanced Ingredients
2030 Main Street Suite 430
Irvine, CA 92614

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 1,700.00

---

**3.16  Nonpriority creditor's name and mailing address**

ARISTA INDUSTRIES INC
557 Danbury Road
Wilton, CT 6897

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 1,450.00

---

| Debtor | Nutracep Holdings, LLC | Case number (if known) | 25-50430 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

AstaReal Inc
7761 Randolph Rd. NE
Mose Lake, WA 98837

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,000.00

---

**3.18** Nonpriority creditor's name and mailing address

Atlantic Trailer Leasing and Sales, LLC
P.O. Box 3737
Lilburn, GA 30048

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 371.00

---

**3.19** Nonpriority creditor's name and mailing address

BannerBio
Unit B 1/F West Section 2 Bldg 25th Keyuan West
No.5 Kezhi West Rd Nanshan District
Shenzhen China

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,730.00

---

**3.20** Nonpriority creditor's name and mailing address

Batory Foods
P. O. Box 75162
Chicago, IL 60675-5162

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 20,786.32

---

**3.21** Nonpriority creditor's name and mailing address

Bella Printing, LLC
c/o Joey Sanducci | Ryan & Jacobs
5465 Legacy Drive, Ste. 650
Plano, TX 75024

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 11,296.99

---

| Debtor | Nutracap Holdings, LLC | Case number *(if known)* | 25-50430 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Benchmark Automation
P. O. Box 932813
Cleveland, OH 44193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 180.66

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Bennett Graphics
125 Royal Woods Court Suite 100
Tucker, GA 30084

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 183,560.62

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Berlin Packaging
P. O. Box 74007164
Chicago, IL 60674-7164

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 136,600.60

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Berry Virtual/Med Virtual
21731 Ventura Blvd Suite #100
Woodland Hills, CA 91364

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 4,558.10

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Beyer Graphics Inc.
30 Austin Blvd.
Commack, NY 11725

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 46,407.33

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___Nutracap Holdings, LLC_____  Case number _(if known)___25-50430___
     Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27**   Nonpriority creditor's name and mailing address

Bio Peptek
5 Great Valley Parkway Suite 100
Malvern, PA 19355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 34,976.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28**   Nonpriority creditor's name and mailing address

Blake & Pendleton Compressed Air Systems
2125 JASON IND. PKWY.
WINSTON, GA 30187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,882.20

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29**   Nonpriority creditor's name and mailing address

bld.ai
621 NW 53rd St Suite 240
Boca Raton, FL 33487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,185.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30**   Nonpriority creditor's name and mailing address

Blossman Gas & Appliance
4319 Mundy Mill Road
Oakwood, GA 30566

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 859.84

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31**   Nonpriority creditor's name and mailing address

Bulk Apothecary
115 Lena Drive
Aurora, OH 44202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 11,965.92

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Nutracap Holdings, LLC
        _____
        Name

                                          Case number (if known) ___25-50430___

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 32  **Nonpriority creditor's name and mailing address**

Butter Buds Food Ingredients
2330 Chicory Road
Racine, WI 53403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 312.51

---

**3.** 33  **Nonpriority creditor's name and mailing address**

C2C Nutra, LLC
PO Box 932
Clifton, NJ 7014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,163.43

---

**3.** 34  **Nonpriority creditor's name and mailing address**

Caine & Weiner Company Inc.
5805 Sepulveda Blvd. 4th Floor
Sherman Oaks, CA 91411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 139,609.51

---

**3.** 35  **Nonpriority creditor's name and mailing address**

Catalyst Nutraceuticals
1720 Peachtree Industrial Blvd
Buford, GA 30518

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.40

---

**3.** 36  **Nonpriority creditor's name and mailing address**

Central Nervous Systems
#301-780 Beatty Street
Vancover BC V6B 2M1
Canada, BC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 930.00

---

| Debtor | Wattacap Holdings, LLC | Case number (if known) | 25-50430 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37 Nonpriority creditor's name and mailing address**

Century Fire Protection
2450 Satellite Blvd Div 8
Duluth, GA 30096

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 905.00

**3.38 Nonpriority creditor's name and mailing address**

Certified Laboratories
3218 Commander Drive
Carrollton, TX 75006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 220,853.55

**3.39 Nonpriority creditor's name and mailing address**

Charles Bowman Co.
PO Box 775343
Chicago, IL 60677

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,492.61

**3.40 Nonpriority creditor's name and mailing address**

CI ATL III-GW, LLC
c/o ColFin 2018-7 Industrial Owner
PO Box 208383
Dallas, TX 75320-8383

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 58,426.54

**3.41 Nonpriority creditor's name and mailing address**

Cintas
P. O. Box 636525
Cincinnati, OH 45263-6525

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,574.66

| Debtor | Ikahacap Holdings, LLC | Case number (if known) | 25-50430 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 42** Nonpriority creditor's name and mailing address

Clariant Corporation
101 Christine Dr
Belen, NM 87002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 4,467.42

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 43** Nonpriority creditor's name and mailing address

Coasta Tanning Resort
c/o The Law Offices of James E Nash Jr LLC
3487 English Oaks Drive
Kennesaw, GA 30144

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

$ 4,341.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 44** Nonpriority creditor's name and mailing address

Colmaric Analyticals Llc
3235 Fairfield Avenue South Suite A
Saint Petersburg, FL 33712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,625.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 45** Nonpriority creditor's name and mailing address

Colonial Energy INC-Georgia
2985 Highway 17
Clarkesville, GA 30523

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 95.69

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 46** Nonpriority creditor's name and mailing address

Comcast Business
PO Box 530098
Atlanta, GA 30353-0098

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Utility Services

$ 1,248.34

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Nutracap Holdings, LLC | Case number (if known) | 25-50430 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

Container and Packaging
1345 E. State Street
Eagle, ID 83616

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,340.27

---

**3.48** Nonpriority creditor's name and mailing address

Craftsman Chemical
245 Advanced Drive
Springboro, OH 45066

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,399.50

---

**3.49** Nonpriority creditor's name and mailing address

CREATIVE BIOMART INC
45-1 Ramsey Roada
Shirley, NY 11967

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,169.00

---

**3.50** Nonpriority creditor's name and mailing address

Creative Compounds
P.O. Box 4011
Scott City, MO 63780

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 16,340.00

---

**3.51** Nonpriority creditor's name and mailing address

Creative Enzimes
45-1 Ramsey Rd
Shirley, NY 11967

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 952.00

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 12 of 43

Debtor _____Wahacap Holdings, LLC_____     Case number _(if known)_ __25-50430__
    Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Daane Labs
4795 Enterprise Ave
Naples, FL 34104

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,563.75

---

**3.53** Nonpriority creditor's name and mailing address

Daniel L Blasczyk
10595 Veterans Memorial Highway
Lithia Springs, GA 30122

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,000.00

---

**3.54** Nonpriority creditor's name and mailing address

David Bromwich
c/o Brad Fallon|Fallon Law PC
1201 W. Peachtree St NW Ste 2625
Atlanta, GA 30309

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: For Notice Purposes Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.55** Nonpriority creditor's name and mailing address

DHL EXPRESS
16592 COLLECTIONS CENTER DR
Chicago, IL 60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,231.27

---

**3.56** Nonpriority creditor's name and mailing address

dialpad Inc
12935 Alcosta Blvd Box 559
San Ramon, CA 94583

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 400.52

---

| Debtor | Nutracap Holdings, LLC | Case number *(if known)* | 25-50430 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.57  Nonpriority creditor's name and mailing address**

Digital Imaging Systems Inc
PO Box 1310
Norcross, GA 30091

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,415.30

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58  Nonpriority creditor's name and mailing address**

DIVI'S LABORATORIES USA, INC.
325 Columbia Turnpike Suite 305
Florham Park, NJ 7932

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 11,170.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59  Nonpriority creditor's name and mailing address**

DUTCH VALLEY FOODS, INC.
PO Box 4657615
Myerstown, PA 17067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 410.48

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60  Nonpriority creditor's name and mailing address**

Dyad Labs
1945 S Fremont Dr
Salt Lake City, UT 84104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 172,296.68

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.61  Nonpriority creditor's name and mailing address**

ECA Pinnacle
1260 E. Locust St. Suite 302
Ontario, CA 91761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 4,400.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| Debtor | Thrasacap Holdings, LLC |
| | Name |
| | Case number *(if known)* 25-50430 |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** **Nonpriority creditor's name and mailing address**

Environmental Research Center (ERC)
306 Joy Street
Fort Oglethorpe, GA 30742

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 116,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63** **Nonpriority creditor's name and mailing address**

Essential Wholesale and Labs
2538 NW 22nd Place
Portland, OR 97210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 655.03

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**

Eurofins Food Chemistry Testing Madison, Inc.**
PO BOX 1482
Carol Stream, IL 60132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 562.48

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.65** **Nonpriority creditor's name and mailing address**

FCC Products, Inc.
106 Naylon Avenue
Livingston, NJ 07039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 18.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66** **Nonpriority creditor's name and mailing address**

Federal Express
PO Box 660481
Dallas, TX 75266-0481

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 32.63

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Nutracap Holdings, LLC
Name

Case number *(if known)*   25-50430

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67   Nonpriority creditor's name and mailing address**

FIBER RESEARCH INTERNATIONAL LLC
860 Johnson Ferry Road Suite 140156
Atlanta, GA 30342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 11,561.30

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68   Nonpriority creditor's name and mailing address**

Flavor Insights
4795 Industrial Way
Benicia, CA 94510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 107.60

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69   Nonpriority creditor's name and mailing address**

Food Safety Net Services
P.O. Box 736407
Dallas, TX 75373-6407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 78,947.95

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70   Nonpriority creditor's name and mailing address**

Formulator Sample Shop
135 Joshua Ct
Lincolnton, NC 28092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,808.18

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71   Nonpriority creditor's name and mailing address**

Fortis Solutions Group
1174 Hayes Industrial Drive
Marietta, GA 30062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 9,342.64

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Nutracap Holdings, LLC | Case number *(if known)* | 25-50430 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.72** Nonpriority creditor's name and mailing address

Freemen Nutra Group, LLC
fka Shanghai Freemen Americas LL
200 Metroplex Dr Ste 402
Edison, NJ 08817

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Settlement

$ 320,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address

From Nature With Love
341 Christian Street
Oxford, CT 6478

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 105.06

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

FULLER Enterprise USA Inc
1735 E Grevillea Ct
Ontario, CA 91761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,048.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

Gelnex
30 N. Michigan Ave
Ste 505
Chicago, IL 60602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 7,535.09

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

Georgia Industrial Tire
3575 McCall Place
Doraville, GA 30340

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 479.36

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Nutracap Holdings, LLC | Case number *(if known)* | 25-50430 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** Nonpriority creditor's name and mailing address

Georgia Power
241 Ralph McGill Blvd
Atlanta, GA 30308

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 10,861.87

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.78** Nonpriority creditor's name and mailing address

Glanbia Nutritionals
c/o Glanbia Business Services Inc. Dept. 3331
Carol Stream, IL 60132-3331

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 19,184.14

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.79** Nonpriority creditor's name and mailing address

GLOBALTEK EQUIPMENT LLC
7354 NW 35TH STREET
MIAMI, FL 33122

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 466.05

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.80** Nonpriority creditor's name and mailing address

GOLDEN PEANUT AND TREE NUTS
100 North Point Center East suite 400
Alpharetta, GA 30022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,194.25

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.81** Nonpriority creditor's name and mailing address

Gopher Mats LLC, Viking Mat Company
7480 Flying Cloud Drive Suite 400
Eden Prairie, MN 55344

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 247,500.13

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Thanacap Holdings, LLC | Case number *(if known)* | 25-50430 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.82**  **Nonpriority creditor's name and mailing address**

Gwinnett County Dept of Water Resources
684 Winder Hwy
Lawrenceville, GA 30045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**$ 145.17**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.83**  **Nonpriority creditor's name and mailing address**

H&M USA
80 Gordon Drive
Syosset, NY 11791

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 27,825.00**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.84**  **Nonpriority creditor's name and mailing address**

HealthCaps, LLC
7345 West 20th Ave
Hialeah, FL 33014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 81,930.02**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.85**  **Nonpriority creditor's name and mailing address**

Hear Nature
No. 37, Keji Road Xi'an
710075 China

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 176.00**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.86**  **Nonpriority creditor's name and mailing address**

Hi-Tech Pharmaceuticals, Inc.
6015-B Unity Dr.
Norcross, GA 30071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 33,690.10**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor  Nutracap Holdings, LLC
Name

Case number (if known)   25-50430

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** Nonpriority creditor's name and mailing address

HM Peachtree Corners I LLC
PO Box 32149
New York, NY 10087-2149

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 172,320.79

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.88** Nonpriority creditor's name and mailing address

HMI Atlanta V LLC
PO Box 35251
Newark, NJ 07193-5251

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 27,379.45

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.89** Nonpriority creditor's name and mailing address

Honeyrun Farm
644 High St
Worthington, OH 43085

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 1,750.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address

Howard Brothers
PO Box 5044
Duluth, GA 30096

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 920.91

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address

Hygiena
1801 W Olympic Blvd # File 2007
Pasadena, CA 91199

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 3,817.55

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Nutracap Holdings, LLC | Case number *(if known)* | 25-50430 |
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 92  **Nonpriority creditor's name and mailing address**

INDENA USA
601 Union Street Suite 330
Seattle, WA 98101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 18,000.00

---

**3.** 93  **Nonpriority creditor's name and mailing address**

Index Encapsulation Equipment, LLC
1610 Republic Road
Huntingdon Vallet, PA 17067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,283.00

---

**3.** 94  **Nonpriority creditor's name and mailing address**

Indian Brook Industrial Inc
P.O. Box 6149
Hicksville, NY 11802-6149

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 20,540.85

---

**3.** 95  **Nonpriority creditor's name and mailing address**

INGREDIENTS ONLINE
13875 Cerritos Corporate Drive Suite A
Cerritos, CA 90703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 188,265.50

---

**3.** 96  **Nonpriority creditor's name and mailing address**

ISA Inc. - Islamic Services of America
PO Box 8268
Cedar Rapids, IA 52408

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,305.00

---

| Debtor | Nanacap Holdings, LLC | Case number (if known) | 25-50430 |
|--------|------|------|------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.97**  Nonpriority creditor's name and mailing address

JHD Corp
2077 S Vineyard Ave
Ontario, CA 91761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 250.00

---

**3.98**  Nonpriority creditor's name and mailing address

JiaHerb
1 Chapin Road Unit 1
Pine Brook, NJ 7058

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 38,027.50

---

**3.99**  Nonpriority creditor's name and mailing address

John Wesley Houser
c/o Brad Fallon|Fallon Law PC
1201 W. Peachtree St NW Ste 2625
Atlanta, GA 30309

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: For Notice Purposes Only

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.100**  Nonpriority creditor's name and mailing address

Lab Alley
12501 Pauls Valley Road Suite A
Austin, TX 78737

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 81.39

---

**3.101**  Nonpriority creditor's name and mailing address

LBB Specialties Holding LLC
601 Merritt 7 1st Floor
Norwalk, CT 6851

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,773.32

---

| | |
|---|---|
| Debtor | Thanacap Holdings, LLC |
| | Name |

Case number *(if known)* 25-50430

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.102** Nonpriority creditor's name and mailing address

Lonza Consumer Health Inc / Capsugel
P. O. Box 640091
Pittsburgh, PA 15264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37,263.00

---

**3.103** Nonpriority creditor's name and mailing address

lotioncrafter
48 Hope Ln
Eastsound, WA 98245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,878.05

---

**3.104** Nonpriority creditor's name and mailing address

Lucas Meyer
Place de la Cite 2590 Boul. Laurier Tour
Belle Courbureau 650 Quebec
QC G1V 4M6 Canada

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,000.00

---

**3.105** Nonpriority creditor's name and mailing address

Macrocap Labs
975 Bennett Drive
Longwood, FL 32750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37,298.12

---

**3.106** Nonpriority creditor's name and mailing address

Marburg Ind.
1207 Activity Drive
Vista, CA 92081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 666.50

---

| Debtor | Nutracap Holdings, LLC | | Case number *(if known)* | 25-50430 |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** `107` **Nonpriority creditor's name and mailing address**

Matexcel
17 RAMSEY ROAD STE 210
SHIRLEY, NY 11967

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 4,169.00

---

**3.** `108` **Nonpriority creditor's name and mailing address**

Maxsun Industries, Inc.
5595 Daniels Street Suite H
Chino, CA 91710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 87.90

---

**3.** `109` **Nonpriority creditor's name and mailing address**

McMaster-Carr
PO Box 7690
Chicago, IL 60680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,570.53

---

**3.** `110` **Nonpriority creditor's name and mailing address**

McNaughton McKay Electric Company
PO Box 890976
Charlotte, NC 28289

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 123.35

---

**3.** `111` **Nonpriority creditor's name and mailing address**

MGT (former Layer 3 Communications)
1450 Oakbrook Dr Ste 900
Norcross, GA 30093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,572.68

---

Debtor    Wattacap Holdings, LLC
Name

Case number *(if known)*    25-50430

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 112   **Nonpriority creditor's name and mailing address**

MHC Truck Leasing
PO Box 879269
Kansas City, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Truck Lease

$ 10,729.69

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 113   **Nonpriority creditor's name and mailing address**

Mibelle Biochemistry
1 International Blvd Suite 715
Mahwah, NJ 7495

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 26,040.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 114   **Nonpriority creditor's name and mailing address**

MID CONSTRUCTION AND RENOVATIONS
3259 Peachtree Corners Cir A
Norcross, GA 30092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,323.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 115   **Nonpriority creditor's name and mailing address**

Mill Haven Foods
211 Leer St.
New Lisbon, WI 53950

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 30,709.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 116   **Nonpriority creditor's name and mailing address**

MILLION HERBS LLP
No.18 First Floor Masilamani
Nagar India

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 732.73

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Nutracap Holdings, LLC | Case number *(if known)* | 25-50430 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117** Nonpriority creditor's name and mailing address

MOUNTAIN ROSE HERBS
PO Box 50220
Eugene, OR 97405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 146.73

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.118** Nonpriority creditor's name and mailing address

NAMMEX - North American Reishi
PO Box 1780
Gibson BC V0N 1V0
Canada

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,444.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.119** Nonpriority creditor's name and mailing address

Nash Commercial Incorporated
3131 Piedmont Road Suite 200
Atlanta, GA 30305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 400,209.62

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.120** Nonpriority creditor's name and mailing address

National Measures
PO Box 1149
Lakeville, MN 55044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 844.29

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.121** Nonpriority creditor's name and mailing address

Naturally Thinking
Little Woodcote Estate 38A Telegraph Track
Carshalton, Wallington
SM6 0SH, United Kingdon

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,090.26

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Nutracap Holdings, LLC | Case number (if known) | 25-50430 |
|--------|------------------------|------------------------|----------|
|        | Name                   |                        |          |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 122  **Nonpriority creditor's name and mailing address**

Neogen
620 Lesher Place
Lansing, MI 48912

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 300.00

---

**3.** 123  **Nonpriority creditor's name and mailing address**

Nexira Inc.
15 Somerset Street
Somerville, NJ 8876

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,459.88

---

**3.** 124  **Nonpriority creditor's name and mailing address**

NFP PROCESSING LLC
PO Box 2961723 Route 17A
Florida, NY 10921

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 200.00

---

**3.** 125  **Nonpriority creditor's name and mailing address**

NiuSource Inc.
14266 Euclid Ave.
Chino, CA 91710

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 375.00

---

**3.** 126  **Nonpriority creditor's name and mailing address**

NNB Nutrition
No. 270 Jiqingmen St Suning Huigu
Bldg E6 Room 2105
Nanjing, 210017 China

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,300.00

---

Debtor   Nutracap Holdings, LLC
Name

Case number (if known)   25-50430

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 127  **Nonpriority creditor's name and mailing address**

Norcross Tucker 85
700 N. Pearl Street
Ste. N1650
Dallas, TX 75201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41,973.66

---

**3.** 128  **Nonpriority creditor's name and mailing address**

Nugen Packaging
23 Vreeland RD Suite 250
Florham Park, NJ 7932

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,630.60

---

**3.** 129  **Nonpriority creditor's name and mailing address**

Nukind Ingredients, Inc.
15411 West Waddell Road
Ste. 102-190
Surprise, AZ 85379

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,000.00

---

**3.** 130  **Nonpriority creditor's name and mailing address**

Nutracap Labs, LLC
c/o Brad Fallon|Fallon Law PC
1201 W. Peachtree St NW Ste 2625
Atlanta, GA 30309

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** For Notice Purposes Only

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 131  **Nonpriority creditor's name and mailing address**

Nutraceuticals International
50 Sindle Avenue
Little Falls, NJ 7424

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 63,811.22

---

| Debtor | Nutracap Holdings, LLC | Case number *(if known)* | 25-50430 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 132  **Nonpriority creditor's name and mailing address**

Nutravative Ingredients
1305 North Watters Road Suite 180
Allen, TX 75013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 98,172.25

---

**3.** 133  **Nonpriority creditor's name and mailing address**

Nutricargo
222 Getty Ave
Clifton, NJ 7011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 69.52

---

**3.** 134  **Nonpriority creditor's name and mailing address**

Omni Active Health Technologies, INC
67 East Park Place Suite 500
Morristown, NJ 7960

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,250.00

---

**3.** 135  **Nonpriority creditor's name and mailing address**

Omya Specialty Materials Inc
P.O. Box 734749
Chicago, IL 60679-4749

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,750.50

---

**3.** 136  **Nonpriority creditor's name and mailing address**

OpenSesame Inc.
1629 SW Salmon Street
Portland, OR 97205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,000.00

---

Debtor    Nutracap Holdings, LLC
Name

Case number (if known)    25-50430

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137** Nonpriority creditor's name and mailing address

Oregon Tilth
PO Box 368
Corvallis, OR 97339

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 934.24

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.138** Nonpriority creditor's name and mailing address

Orkin
1007 Mansell Rd Ste E
Roswell, GA 30076

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 7,920.61

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.139** Nonpriority creditor's name and mailing address

Osage Food Products
PO Box 743
Washington, MO 63090

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,171.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.140** Nonpriority creditor's name and mailing address

packaging connection
4205 Trotters Way
Alpharetta, GA 30004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 274.61

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.141** Nonpriority creditor's name and mailing address

PARCHEM FINE & SPECIALTY CHEMICALS
415 Huguenot Street
New Rochelle, NY 10801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,117.78

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___Nutracep Holdings, LLC_____    Case number *(if known)*___25-50430___
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142** Nonpriority creditor's name and mailing address

Parchem Nutrition
415 Huguenot St
New Rochelle, NY 10801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,494.57

---

**3.143** Nonpriority creditor's name and mailing address

Peachtree Imediate Care
3551 Satellite Blvd
Duluth, GA 30096

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 55.00

---

**3.144** Nonpriority creditor's name and mailing address

Pouch It LLC
5685 New Peachtree Rd.
Atlanta, GA 30341

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 21,774.01

---

**3.145** Nonpriority creditor's name and mailing address

Prater
2 Sammons Court
Bolingbrook, IL 60440-4995

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 252.41

---

**3.146** Nonpriority creditor's name and mailing address

Prescott Advisory, LLC
152 Lincoln Road Unit 5
Lincoln, MA 1773

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 175,528.00

---

Debtor    Waffacap Holdings, LLC
Name

Case number (if known)    25-50430

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.147** Nonpriority creditor's name and mailing address

Prinova USA
36780 Eagle Way
Chicago, IL 60678-1367

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 63,452.75

---

**3.148** Nonpriority creditor's name and mailing address

Prinova USA - Flavors
685 Hadley Road
South Plainfield, NJ 7080

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 27,737.21

---

**3.149** Nonpriority creditor's name and mailing address

Priority1
PO Box 84808
Dallas, TX 75284

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 140,338.30

---

**3.150** Nonpriority creditor's name and mailing address

Proliant Health & Biologicals
2425 SE Oak Tree Ct.
Ankeny, IA 50021

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,243.30

---

**3.151** Nonpriority creditor's name and mailing address

Pure Assay
14750 E Nelson Ave Ste A
City of Industry, CA 91744

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 32.25

---

Debtor  Nutracap Holdings, LLC

Name

Case number *(if known)*  25-50430

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152 Nonpriority creditor's name and mailing address**

PureSynmr Ingredients
Room 1608-1609 Union Energetic
Intl Tower No.1088
New Jingqiao Rd Pudong Shanghai

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,840.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.153 Nonpriority creditor's name and mailing address**

Quench USA, Inc.
P.O. Box 735777
Dallas, TX 75373-5777

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,304.18

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.154 Nonpriority creditor's name and mailing address**

Quinn Covarrubias
2200 Douglas Blvd Ste. 240
Roseville, CA 95661

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,149.08

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.155 Nonpriority creditor's name and mailing address**

Ramp Business Corporation
28 West 23rd Street Floor 2
New York, NY 10010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 157,409.49

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.156 Nonpriority creditor's name and mailing address**

Reliable Premium
404 Great Oak Drive
Waite Park, MN 56387

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,907.27

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Thalacap Holdings, LLC
        Name

Case number (if known)  25-50430

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157** Nonpriority creditor's name and mailing address

Ribus, Inc
1355 Greg Street Suite 101
Sparks, NV 89431

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 241.50

---

**3.158** Nonpriority creditor's name and mailing address

Rite Weight, Inc
3802 Irvingdale Road
Duluth, GA 30096

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,163.00

---

**3.159** Nonpriority creditor's name and mailing address

Robertet
400 International Drive
Mount Olive, NJ 7828

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,800.00

---

**3.160** Nonpriority creditor's name and mailing address

Sabinsa Corporation
20 LAKE DRIVEEAST
WINDSOR, NJ 8520

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 15,510.00

---

**3.161** Nonpriority creditor's name and mailing address

Samia L. Gore
c/o Macklegal PLLC
1 Liberty Plaza Ste 1
New York, NY 10006

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Undetermined

Debtor  Mahacap Holdings, LLC
_____
Name

Case number (if known) __25-50430__

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 162  Nonpriority creditor's name and mailing address**

Scana
3344 Peachtree St NE
Ste. 2150
Atlanta, GA 30326

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 193.23

**Basis for the claim:** Utility Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3. 163  Nonpriority creditor's name and mailing address**

SENSIENT COLORS, LLC
2526 Baldwin Street
St. Louis, MO 63106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,609.91

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3. 164  Nonpriority creditor's name and mailing address**

Shanghai Waseta Int'l Trading Co. LTD
Rm 2001-2002, Godlen Eagle Edifice B
No.1518 Minsheng Rd. Pudong New Area
Shanghai, 200135 P.R. China

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,000.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3. 165  Nonpriority creditor's name and mailing address**

Shri Kartikeya Pharma SKP
5-9-225, 3rd Fl Sanali Estate
Abids Hyderabad
500001, India

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,997.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3. 166  Nonpriority creditor's name and mailing address**

SINOCHEM HEALTH COMPANY, LTD CHINA
30F HNA Center Bldg 1 No. 234
Yan'an 3rd Road Yan'an Road
Qingdao 266071 China

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,881.58

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Nutracap Holdings, LLC | | Case number (if known) | 25-50430 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 167 **Nonpriority creditor's name and mailing address**

Soaper's Choice
1701 Winthrop Drive
Des Plaines, IL 60018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 191.83

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 168 **Nonpriority creditor's name and mailing address**

SOCAL BULK NUTRITION LLC
4000 Barranca Pkwy Suite 250
Irvine, CA 92606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 128,107.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 169 **Nonpriority creditor's name and mailing address**

Spring Chen
Changzhou Spring Imp and Exp Co.
No 99 Yanling West Road
Changzhou, Jiangsu, China

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 10,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 170 **Nonpriority creditor's name and mailing address**

Starwest Botanicals
161 Main Ave
Sacramento, CA 95838

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,406.17

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 171 **Nonpriority creditor's name and mailing address**

Stauber
4120 N Palm St
Fullerton, CA 92835

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 30,558.33

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Nattacap Holdings, LLC | Case number (if known) | 25-50430 |
|--------|------------------------|------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172** Nonpriority creditor's name and mailing address

Susan B. Shaw LLC
120 West Trinity Place Fourth Floor
Decatur, GA 30030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 402.78

---

**3.173** Nonpriority creditor's name and mailing address

Tech Specialist, INC
810 Great Southwest Pkwy SW
Atlanta, GA 30336

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,087.75

---

**3.174** Nonpriority creditor's name and mailing address

Terry Laboratories
7005 Technology Drive
Melbourne, FL 32904

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,587.60

---

**3.175** Nonpriority creditor's name and mailing address

The Law Office of Arthur W. Leach
4080 McGinnis Ferry Road Suite 401
Alpharetta, GA 30005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,409.99

---

**3.176** Nonpriority creditor's name and mailing address

Thomas P. Lennon
c/o Brad Fallon|Fallon Law PC
1201 W. Peachtree St NW Ste 2625
Atlanta, GA 30309

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** For Notice Purposes Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

Debtor    Thatacap Holdings, LLC
Name                                                    Case number (if known)    25-50430

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. 177** Nonpriority creditor's name and mailing address

Tricor Braun
PO Box 745628
Atlanta, GA 30374

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 19,913.31

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 178** Nonpriority creditor's name and mailing address

VDF Futureceuticals, Inc
PO Box 7269
Carol Stream, IL 60197

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 7,523.37

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 179** Nonpriority creditor's name and mailing address

Veritiv Operating Company
9330 NW 110th Avenue
Miami, FL 33178

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 12,999.38

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 180** Nonpriority creditor's name and mailing address

Vertex Analytical Labs LLC
9335 Airway Road Suite 202
San Diego, CA 92154

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 12,400.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 181** Nonpriority creditor's name and mailing address

Vitajoy Group USA
12091 Forestgate Drive
Dallas, TX 75243

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 179,375.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Nutracap Holdings, LLC | | Case number *(if known)* | 25-50430 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** `182` **Nonpriority creditor's name and mailing address**

Waste Management
PO Box 4648
Carol Stream, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,953.27

---

**3.** `183` **Nonpriority creditor's name and mailing address**

WB Sweetners, LLC
PO Box 960
Rock Hill, NY 12775

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,399.31

---

**3.** `184` **Nonpriority creditor's name and mailing address**

Wholesale Supplies
7820 E Pleasant Valley Road
Independence, OH 44131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 329.31

---

**3.** `185` **Nonpriority creditor's name and mailing address**

WILD Flavors & Specialty Ingredients
75 Remittance Drive Ste 1046
Chicago, IL 60675

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49,505.68

---

**3.** `186` **Nonpriority creditor's name and mailing address**

Wiles & Wiles, LLP
800 Kennesaw Ave Suite 400
Marietta, GA 30060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,585.50

---

Debtor    Thalacap Holdings, LLC
_____
Name

Case number *(if known)*   25-50430
_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 187  **Nonpriority creditor's name and mailing address**

WIN HEALTH INTERNATIONAL COMPANY, LTD
Rm 323 Bld A2 No. 218 Xinghu St
Suzhou Industrial Park
Suzhou China

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,910.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 188  **Nonpriority creditor's name and mailing address**

WM Corporate Services, INC
PO Box 4648
Carol Stream, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,991.53

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 189  **Nonpriority creditor's name and mailing address**

Worldwide Express
10 GLENLAKE PKWY
ATLANTA, GA 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,668.27

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 190  **Nonpriority creditor's name and mailing address**

Wursta Corporation
9450 SW Gemini Dr PMB 86130
Beaverton, OR 97008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 11,914.22

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 191  **Nonpriority creditor's name and mailing address**

WUXI CIMA SCIENCE COMPANY LTD
No. 288 Shibawan Rd
Wuxi 214064
Jiangsu China

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 15,375.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Nuracap Holdings, LLC_____    Case number _(if known)___25-50430___
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 192  **Nonpriority creditor's name and mailing address**

Z Natural Foods
5407 N Haverhill Rd Suite 337
West Palm Beach, FL 33407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,387.62

---

**3.** 193  **Nonpriority creditor's name and mailing address**

ZXCHEM USA INC.
26k World's Fair Drive
Somerset, NJ 8873

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 820.00

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

| Debtor | Multicap Holdings, LLC | Case number *(if known)* | 25-50430 |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Angela Keene, Sr. Account Executive<br>Brown & Joseph, LLC<br>One Pierce Place, Ste. 700W<br>Itasca, IL, 60143 | Line 3.166<br>☐ Not listed. Explain: | _____ |
| 4.2. | Brown & Joseph, LLC<br>One Pierce Pl Suite 700W<br>Itasca, IL, 60143 | Line 3.181<br>☐ Not listed. Explain | _____ |
| 4.3. | Brown & Joseph, LLC<br>One Pierce Pl Suite 700W<br>Itasca, IL, 60143 | Line 3.191<br>☐ Not listed. Explain | _____ |
| 4.4. | HM Peachtree Corners I LLC<br>c/o Hartz Mountain Industries, Inc.<br>500 Plaza Drive<br>Secaucus, NJ, 07094 | Line 3.87<br>☐ Not listed. Explain | _____ |
| 41. | John Maloney, Esq.<br>Gimigliano Mauriello & Maloney, P.A.<br>163 Madison Ave, Ste. 500 \| PO Box 1449<br>Morristown, NJ, 07962 | Line 3.72<br>☐ Not listed. Explain | _____ |
| 4.5. | Kelly Butcher<br>The Kaplan Group Commercial Collections<br>154 Addie Street<br>Pismo Beach, CA, 93449 | Line 3.39<br>☐ Not listed. Explain | _____ |
| 4.6. | Michael Freund, Esq.<br>Michael Freund & Associates<br>1919 Addison Street, Ste. 104<br>Berkeley, CA, 94704 | Line 3.62<br>☐ Not listed. Explain | _____ |
| 4.7. | The Kaplan Group Commercial Collections<br>Kelly Butcher<br>154 Addie Street<br>Pismo Beach, CA, 93449 | Line 3.67<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

Debtor    Norecap Holdings, LLC
Name

Case number (if known)    25-50430

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 355.97 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 4,921,056.82 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,921,412.79 |

**Fill in this information to identify the case:**

Debtor name __Nutracap Holdings, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __25-50430__           Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Sale Agreement with MYOBLOX, LLC | Myoblox , |
| | State the term remaining | 48 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Settlement | ENVIRONMENTAL RESEARCH CENTER, INC. , |
| | State the term remaining | 17 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Settlement | Freemen Nutra Group, LLC , |
| | State the term remaining | 24 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | 2825 Pacific Drive Suite A Lessee | HMI Atlanta V LLC c/o Hartz Mountain Industries, Inc. 550 Plaza Dive Secaucus, NJ, 07094 |
| | State the term remaining | 27 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | 2825 Pacific Drive Suite C Lessee | HMI Atlanta V LLC c/o Hartz Mountain Industries, Inc. 400 Plaza Drive Secaucus, NJ, 07094 |
| | State the term remaining | 27 | |
| | List the contract number of any government contract | | |

| Debtor | Nutracap Holdings, LLC | Case number (*if known*) | 25-50430 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.6 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> 6250 McDonough Drive Lease - Nutracap 2024 Renewal Lessee <br><br> **State the term remaining** 35 <br> **List the contract number o any government contract** | NORCROSS TUCKER PROPERTY LP PO Box 748414 , AK, 30374-8414 |
| 2.7 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> 6550 Jimmy Carter Suite C Lease - Nutracap Purchaser <br><br> **State the term remaining** 93 months <br> **List the contract number of any government contract** | HM Peachtree Corners I LLC c/o Hartz Mountain Industries, Inc. 500 Plaza Drive Secaucus, NJ, 07094 |
| 2.8 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> 6600 Jimmy Carter Suite C Lease - Nutracap Lessor <br><br> **State the term remaining** 7 years, 6 months <br> **List the contract number of any government contract** | HM Peachtree Corners I LLC c/o Hartz Mountain Industries, Inc. 500 Plaza Drive Secaucus, NJ, 07094 |
| 2.9 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Sublease 6600 Jimmy Carter to KNB Cabinets, LLC Lessor <br><br> **State the term remaining** 87 <br> **List the contract number of any government contract** | N/A , AK, |
| 2.10 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Sublease 6550 Jimmy Carter Blvd C - Keystone Executed Purchaser <br><br> **State the term remaining** 48 <br> **List the contract number of any government contract** | N/A , |
| 2.11 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Ramp Platform Agreement <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Ramp Business Corporation 28 West 23rd Street Floor 2 New York, NY, 10010 |
| 2.12 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Sublease 6550 Jimmy Carter Blvd AB Light House Executed Lessor <br><br> **State the term remaining** 90 <br> **List the contract number of any government contract** | N/A , |

| Debtor | Nutracap Holdings, LLC | Case number *(if known)* | 25-50430 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 5785 Brookhollow Parkway Lease Agreement<br>Lessee<br><br>19 months | CI ATL III-GW, LLC<br>90 Park Avenue 32nd Floor<br>New York, NY, 10016 |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Partial deposits paid by customers on pending orders - See Schedule G Exhibit | N/A<br>GA |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Supply Agreement<br><br>23 Months | HTLT Supplements, Inc.<br>262 Freshwater Trail<br>Dartmouth Nova Scotia<br>Canada |
| **2.16** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Business Automation Agreement<br><br>11 months | Pipefy<br>548 Market Street<br>PMB 96462<br>94101-5401 |
| **2.17** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MHC Truck Lease<br>Lessee<br><br>2 years | MHC Truck Leasing<br>PO Box 879269<br>Kansas City, MO, 64187 |
| **2.18** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Master Service Agreement | Dialpad, Inc.<br>2700 Camino Ramon, Ste. 490<br>San Ramon, CA, 94583 |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |

**NUTRACAP HOLDINGS, LLC**
**SCHEDULE G EXHIBIT**
**CUSTOMERS WHO PAID PARTIAL DEPOSITS ON PENDING ORDERS**

| Company name | Customer | Address | Address2 | City | ST | Zip |
|---|---|---|---|---|---|---|
| Grow Young Fitness | Grow Young Fitness | 1313 Chestnut Ave, Suite 10 | | Minneapolis | MN | 55403 |
| GLO Melanin | Ammar Melies | 5805 Peachtree Industrial Blvd Suite B | | Norcross | GA | 30092 |
| MethylNutrients LLC dba Life Support Health Products | MethylNutrients LLC dba Life Support Health | 5700 West 181st Street | | Stillwell | KS | 66085 |
| SRB Life Sciences | Nikhil Bhansali | 26 Fort Williams Drive | Brampton Ontario | L6X0W4 Canada | | |
| HTLT | Greg Doucette | 719 Lambs Creek Rd | | Mansfield | PA | 16933 |
| Pineapple Brands LLC | Brian Steixner | 617 N Huntington Ave | | Margate | NJ | 08402 |
| Elis Beauti | Elis Beauti | 6010 Singleton Rd #213-127 | | Norcross | GA | 30093 |
| Zana Nutrition ALA | Zana Nutrition ALA | 901 Westrac Drive,Ste B2 | | Fargo | ND | 58103 |
| | John Fricchione | 10111 Palmer Ct. | | Spotsylvania | VA | 22553 |
| Vita-Nu Labs | Vita-Nu Labs | 8950 SW 74 Ct Unit 2201 | | Pinecrest | FL | 33156 |
| Tennant Products, Curador LLC | Tennant Products, Curador LLC | 4843 Colleyville Blvd Suite 251 #383 | | Colleyville | TX | 15690 |
| Leviathan Wellness LLC | Leviathan Wellness LLC | 1129 Industrial Park Rd Ste 8 | | Vandergrift | PA | 15690 |
| Confint Nature / Wholesome's Academy/Gordon Yourself | Dr. Gordon Chiu | 47 Candace Lane | | Chatham | NJ | 07928 |
| Heart 2 Heart | Matt Goldstein | 148 Knotting Lane | | Franklin | NC | 28734 |
| Tailor Made Compounding | Scott Schrader | 200 Moore Drive | | Nicholasville | KY | 40356 |
| THE RIKER REGIMEN | THE RIKER REGIMEN - DR. ADAM RIKER | 3512 16th Ave NE Naples | | Naples | FL | 34120 |
| Ivy Labs LLC | Ivy Labs LLC | 18 Old Course Rd | | St. Clair | MI | 48079 |
| 5 Star Nutrition LLC | 5 Star Nutrition LLC | 8500 Shoal Creek Blvd. Building 4 Suite 150 | | Austin | TX | 78757 |
| VianeyCorp LLC | Vianey Flores | 6708 Eich Dr | | Joliet | IL | 60431 |
| OKLfitness | Oakley Lawrence | 1807 W 4650 S, Apt O | | Roy | UT | 84067 |
| SOT LLC | Charles Sykes | 6105 Erie Station Road | | Belleville | IL | 62223 |
| Vinatura Supplements | Duy Phan | 2093 PHILADELPHIA PIKE #7324 | | Claymont | DE | 19703 |
| | Colby Shenk | 807 Zeiders Rd | | Millerstown | PA | 17062 |
| MegaFit Performance | MegaFit Meals | Megan Georgiou 1679 Oak Park Blvd | | Calvert City | KY | 42029 |
| Fortifeye Vitamins | Fortifeye Vitamins | 3101 SW College Rd Suite 201 | | Ocala | FL | 34474 |
| Ryan State | Ryan State | 9100 S Florida Ave Apt 20-302 | | Denver | CO | 80247 |
| MyoBlox | MyoBlox | 1415 Wilkesboro Highway | | Statesville | NC | 28625 |
| Jim Phillips / Novi Petrusich | Gray Matter Gaming | 851 N Wood St #3 | | Chicago | IL | 60622 |
| DUBBY | DUBBY | 760 Gem Lane | | Ramona | GA | 92065 |
| Maestroshine LLC | Sami Abdulkadir | 4231 Balboa Ave #3002 | | San Diego | CA | 92117 |
| FIRE Fitness Camp | Hans Hartleben | Rehab Supps Lab LLC. | | Plover | WI | 54467 |
| Growing Social Inc | Growing Social Inc | 104 Locust Ave | | Rockville Center | NY | 11570 |
| Alive & Well Community Partners | Alive & Well Community Partners | 18425 NW 2nd Ave 5th Floor | PH7 | Miami Gardens | FL | 33169 |
| Sigma Wellness Pty Ltd | Sigma Wellness Pty Ltd | 59 St Georges Rd South | Fitzroy North VIC 3068 | Australia | | |
| | Jeff Aston | 750 W Fir St Unit 502 | | San Diego | CA | 92101 |
| Peterson Clinic | Peterson Clinic | 1002 W Elm Avenue PO Box 211 | | Hermiston | OR | 97838 |
| Alphaoutfitness LLC | Alphaoutfitness LLC | 108-56 51st Avenue | | Corona | NY | 11368 |
| | Vincent Pallone | 1619 Garnet St | | Broomfield | CO | 80020 |
| TinFold | Jordan Ahmad | 4305 Pecan Knoll | | McKinney | TX | 75070 |
| Voyager Supplements | Nicholas Sandora | 24935 Waterway Court | | Shorewood | IL | 60404 |
| Omen Power | Omen Power | 8233 Cardnia Ct. | | Liberty Twp | OH | 45044 |
| Back to Primal | Back to Primal | 30 N Gould St | | Sheridan | WY | 82801 |
| IBody | Teresa Tostado | 956 Huntington Drive | | San Marino | CA | 91108 |
| Epoch Nutrition Sciences | Michael Wohltmann | 6311 Wild Orchid Dr | | Lithia | FL | 33547 |

| | Jake Friedland | 3014 Canton St | | Dallas | TX | 75226 |
|---|---|---|---|---|---|---|
| Avo Brand | Avo Brand | 1000 Whitlock Ave SW Suite #320-232 | | Marietta | GA | 30064 |
| Unlimited Supplements/ Rocktomic | Unlimited Supplements/ Rocktomic | 2084 Crosswaters Drive | | Dacula | GA | 30019 |
| Lacer Pharma, LLC | Natasha Corleone | 1636 Popps Ferry Road, Suite 219 | | Biloxi | MS | 39532 |
| Monk Endurance | Cameron Colson | 300 N Gila Springs Blvd, Unit 183 | | Chandler | AZ | 85226 |
| GR8 WHITE SUPPLEMENTS | GR8 WHITE SUPPLEMENTS LLC - JAREK GIBBONS | 244 WEST FORK WAY | | Temple | GA | 30179 |
| Wiefit Nutrition | Wiefit Nutrition | 846 Monmouth St | | Newport | KY | 41071 |
| Achieving Total Health (AKA Goals Gear) | Achieving Total Health (AKA Goals Gear) | 1804 19th Avenue Suite C | | Lewiston | ID | 83501 |
| BDS | Teddy Seaton | 4660 Johnston Street | | Lafayette | LA | 70508 |
| Anyull Cabrera - Maranatha Store LLC | Anyull Cabrera - Maranatha Store LLC | 2096 Danforth Rd | | Spring Hill | FL | 34608 |
| Lifestyle by Olgui | Olga del Barrio | 10 Nw 203 Terrace Apt C9 | | Miami | FL | 33169 |
| NUTRITION ZONE | NUTRITION ZONE - WILLIAM "LEVI" SCOTT | 400 ERVIN HESTER ROAD | | Selmer | TN | 38375 |
| Pharmaden | Pharmaden | 12166 Sussex St. | | Ft. Myers | FL | 33913 |
| High Key Supps LLC | Kevin Guzman | 516 Martha St Unit 114 | | San Jose | CA | 95112 |
| Blue Flame Naturals LLC | Eric Kuder and Cindy Vasquez | 10000 Bay Harbor Terrace Apt 303 | | Bay Harbor Island | FL | 33154 |
| Arieyl | Arieyl | 2090 Old Hickory Tree Rd Suite 101 | | St. Cloud | FL | 34769 |
| | Erika Trujillo | 4336 Torrey Pines Drive | | Chino Hills | CA | 91709 |
| | Richard Calandra | 223 Bryn Mawr Ave | | Lavallette | NJ | 08735 |
| Health Club Hashimoto LLC | Angelica Galleguillos | 1625 Street Rd | | Chester Springs | PA | 19425 |
| Country Cooking The Healthy Way | Country Cooking The Healthy Way | 630 Boghill Ave Suite 2 | | Richmond | KY | 40475 |
| NeoDynamis Nutrition LLC | Kimon Angelopoulos | 5520 Wilshire Blvd. #202 | | Los Angeles | CA | 90036 |
| The Real Carnivore Co | The Real Carnivore Co | 201 Saint Charles Ave., Ste 114 PMB 700 | | New Orleans | LA | 70170 |
| | Dean Ferrari | 10 Ashton Ave | | Millbrae | CA | 94030 |
| KINGS SUPPLEMENT INNOVATIONS | CODIE KING | 103 CHAPIN ROAD | | Milford | CT | 06776 |
| Spire Supplements LLC | Calvin Nguyen | 361 Burwood | | Lake Forest | CA | 92630 |
| VITALMED COSMETIC TRADING LLC | VITALMED COSMETIC TRADING LLC | Shed 12 Lotfi Bldg Corner 69th St | Yanbu 2nd Industrial Area | Sharjah UAE | | |
| Jumana Yousif | Jumana Yousif | 2410 Bella Magnolia Ct | | Oakland Twp | MI | 48306 |
| Jaksquatch Performance | Lakota Tow | 4421 NE PLAINS WAY #64 | | Vancouver | WA | 98662 |
| INSIDE AND OUT | INSIDE AND OUT - Jabarie Campbell | 1343 NW 122nd Ter | | Pembroke Pines | FL | 33026 |
| Brands Full Circle | Brands Full Circle | 13502 FLANK MARCH | | Spotsylvania | VA | 22551 |
| Odyssey Fuel | Odyssey Fuel | 1560 W Beebe Capps Expy C-258 | | Searcy | AR | 72143 |
| ET Optimization | ET Optimization | 1111 Cherrington Dr | | Harrisburg | PA | 17110 |
| Stoked American Fitness | Jimmy Crawford | 799 Elliott Rd Dawsonville, GA, 30534 | | Dawsonville | GA | 30534 |
| Wend Wellness | Wend Wellness | 64 harbor rd | | St. James | NY | 11780 |
| Eruditar LLC | Moyosoore Olugboji | 2500 wilcrest dr. Ste 300 | | Houston | TX | 77042 |
| Biochem Nutrition | Biochem Nutrition | 2354 Belair Ave | | Ingleside | TX | 78362 |
| | Cory Friese | 2108 Pringle Dr | | Marengo | IL | 60152 |
| Alpha Country | Spencer A Lewis | 2117 Virginia Dare Place | | Raleigh | NC | 27610 |
| Belly-X Weight Loss, LLC | Davon Frazier | 107 Patriot Ct | | Palmdale | CA | 93550 |
| Hotworx | Hotworx | 5145 Taravella Road | | Marrero | LA | 70072 |
| Lucas Black - Black Vault Labs | Lucas Black | 2140 Bowdoin St | | Palo Alto | CA | 94306 |
| BrainByte Nootropics | BrainByte Nootropics | 5900 Balcones Drive #19634 | | Austin | TX | 78731 |
| | Victor Gonzalez | 3189 Heather Ridge Dr | | San Jose | CA | 95136 |
| Blush Boot Camp, LLC | Max Gellert | 6608 W 202nd Terrace | | Bucyrus | KS | 66013 |
| Aura Superfoods LLC | Aura Superfoods LLC | 16175 W Kirkland Hillside Rd Po Box 447 | | Kirkland | AZ | 86332 |
| The holistic detox | The holistic detox | 3201 Centre Parkway Suite 500 | | Atlanta | GA | 30344 |
| Dr Halls Nutracuticles | Dr Halls Nutracuticles | 2201 Sole Mia Sq Ln Apt 121 | | North Miami | FL | 33181 |
| Nutrient Supply LLC | Nutrient Supply LLC | 16332 Emerald Cove Dr | | Lutz | FL | 33549 |
| BUSY BEE SUPPLEMENTS | BUSY BEE SUPPLEMENTS | 4040 RIVERSONG DR | | Suwanee | GA | 30024 |

| Name | Contact | Address | Region | City | State | Zip |
|---|---|---|---|---|---|---|
| Premier Drug Store | Premier Drug Store | 8446 Campbellton St | | Douglasville | GA | 30134 |
| Gina Aliotti Fitness | Gina Aliotti | 2766 Olympia Dr | | Carlsbad | CA | 92010 |
| NBS Supplements | Nicholas Bono | 438 Burke Rd | | Jackson Twp | NJ | 08527 |
| Lasso Tallow | Lasso Tallow | 8 The Green | | Dover | DE | 19901 |
| Big Wave Nutrition | Kristine Hansen | 376 N 916 E. | | Declo | ID | 83323 |
| HOT PINK COLLARES BOUTIQUE LLC | Hot Pink Collares | 386 W. Little York Rd | | Houston | TX | 77076 |
| BRRRN | BRRRN | 1467 Lakeside Drive | | Harvey's Lake | PA | 18618 |
| BioCor Nutrition, LLC | Greg Parsons | 9090 Paseo De Valencia St | | Ft. Myers | FL | 33908 |
| | Brandon Rappa | 1324 South Malden Rd | Essex Ontario | N8M 2X6 Canada | | |
| Staircase To Heaven | Staircase To Heaven | 87 Riverside Landing | | Fort Mitchell | AL | 36856 |
| | Maney Diaz | 44 Linwood St. Apt. 1 | | Lynn | MA | 01905 |
| JUJU SLEEP LLC | David Lawn | 2601 Merrick Way | | Abingdon | MD | 21009 |
| Vital X Labs | Brandon Bartholomew | 1874 Catasauqua Rd PBM 25 | | Allentown | PA | 18109 |
| Corsitech | Pat Corsino | 8037 NW 66th Terrace | | Parkland | FL | 33067 |
| OSS Brand | OSS Brand | 28556 Rancho-Laguna | | Laguna Niguel | CA | 92677 |
| Michael Tahery MD, Inc. | Michael Tahery MD, Inc. | PO BOX 16376 | | Beverly Hills | CA | 90209 |
| AngioGenesis Medical LLC | Patrick Scallan | 8032 SUMMA SUITE D | | Baton Rouge | LA | 70809 |
| | Tomoya Sasagawa | 190 Ryland St Apt 5202 | | San Jose | CA | 95110 |
| Delicious Foods LLC | Delicious Foods LLC | 61 Elm St #6 | | Lynn | MA | 01905 |
| Aaron Hiatt | Aaron Hiatt | 1721 Smokey Hollow Rd | | Winston Salem | NC | 27105 |
| Alkaline Eclectic Herbs | Alkaline Eclectic Herbs | 10676 Colonial Blvd Suite 30 | | Ft. Myers | FL | 33913 |
| Nuestra Esperanza Health | Nuestra Esperanza Health | 1282 East Hickory Creek Court | | Oak Creek | WI | 53154 |
| | Sunil Samuel | 34 WoodStork Dr | | Mt. Sinai | NY | 11766 |
| Titan Nutritions LTD | Osama Bdair | Ibn Tymya St | Kafr Qasim | 4881000 Israel | | |
| | Ernest Huertas | 400 N Acacia Ave. #D21 | | Fullerton | CA | 92831 |
| HAVI Health and Food LLC | HAVI Health and Food LLC | 2684 John F. Kennedy Blvd #5 | | Jersey City | NJ | 07306 |
| Pure LifeLytes | Pure LifeLytes | PO Box 710027 | | Santee | CA | 92072 |
| Amrutha Herbals, LLC | Amrutha Herbals, LLC | 12 Rockingham Ct | | Germantown | MD | 20874 |
| PINC | PINC | 8025 Elliot Dr | | Plano | TX | 75024 |
| Thrive Forever Fit | Jay Nixon | 131 Traviso Dr | | Palm Desert | CA | 92211 |
| Nuvitalix Nutrition Inc. | Nuvitalix Nutrition Inc. | 134 Nassau Blvd #450 | | West Hempstead | NY | 11552 |
| Gently Soap | Gently Soap | 189 Cobb Parkway N Building B, Suite 1 | | Marietta | GA | 30062 |
| Novanoot | Novanoot | 09 01 9 Braemar Dr | Serangoon Garden Estate | 559413 Singapore | | |
| LipLuv | Anton Jones | 241 Taaffe Pl. 509 | | Brooklyn | NY | 11205 |

**Fill in this information to identify the case:**

Debtor name: Nutracap Holdings, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 25-50430

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Nutracap Labs, LLC | c/o Brad Fallon, Esq.\|Fallon Law, LLC<br>1201 W. Peachtree St NW Ste 2625<br>Atlanta, GA 30309 | CI ATL III-GW, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name __Nutracap Holdings, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

(State)

Case number (If known): __25-50430__

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**  **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................... $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................. $ ___8,614,285.64

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................... $ ___8,614,285.64

---

**Part 2:**  **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................ $ ___17,199,765.96

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*......................................... $ ___355.97

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ........................ +$ ___4,921,056.82

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b    $ ___22,121,178.75

---

**Fill in this information to identify the case:**

Debtor name ___Nutracap Holdings, LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___25-50430___

☒ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Nash Commercial Incorporated 3131 Piedmont Road Suite 200 Atlanta, GA, 30305 | | Suppliers or Vendors | | | | 400,209.62 |
| 2 | Freemen Nutra Group, LLC fka Shanghai Freemen Americas LL 200 Metroplex Dr Ste 402 Edison, NJ, 08817 | | Settlement | Unliquidated Contingent | | | 320,000.00 |
| 3 | Gopher Mats LLC, Viking Mat Company 7480 Flying Cloud Drive Suite 400 Eden Prairie, MN, 55344 | | Suppliers or Vendors | | | | 247,500.13 |
| 4 | Certified Laboratories 3218 Commander Drive Carrollton, TX, 75006 | | Suppliers or Vendors | | | | 220,853.55 |
| 5 | INGREDIENTS ONLINE 13875 Cerritos Corporate Drive Suite A Cerritos, CA, 90703 | | Suppliers or Vendors | | | | 188,265.50 |
| 6 | Bennett Graphics 125 Royal Woods Court Suite 100 Tucker, GA, 30084 | | Suppliers or Vendors | | | | 183,560.62 |
| 7 | Vitajoy Group USA 12091 Forestgate Drive Dallas, TX, 75243 | Angela Keene angela.keene@brownandjoseph.com | Suppliers or Vendors | | | | 179,375.00 |
| 8 | Prescott Advisory, LLC 152 Lincoln Road Unit 5 Lincoln, MA, 1773 | | Suppliers or Vendors | | | | 175,528.00 |

Debtor    Nutracap Holdings, LLC
_____
Name

Case number (if known)____25-50430_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | HM Peachtree Corners I LLC PO Box 32149 New York, NY, 10087-2149 | | | | | | 172,320.79 |
| 10 | Dyad Labs 1945 S Fremont Dr Salt Lake City, UT, 84104 | | Suppliers or Vendors | | | | 172,296.68 |
| 11 | Ramp Business Corporation 28 West 23rd Street Floor 2 New York, NY, 10010 | Hinh Tran, Senior Counsel hinh.tran@ramp.com | Services | Disputed Unliquidated Contingent | | | 157,409.49 |
| 12 | Priority1 PO Box 84808 Dallas, TX, 75284 | | Suppliers or Vendors | | | | 140,338.30 |
| 13 | Caine & Weiner Company Inc. 5805 Sepulveda Blvd. 4th Floor Sherman Oaks, CA, 91411 | | | | | | 139,609.51 |
| 14 | Berlin Packaging P. O. Box 74007164 Chicago, IL, 60674-7164 | | Suppliers or Vendors | | | | 136,600.60 |
| 15 | SOCAL BULK NUTRITION LLC 4000 Barranca Pkwy Suite 250 Irvine, CA, 92606 | | Suppliers or Vendors | | | | 128,107.50 |
| 16 | Environmental Research Center (ERC) 306 Joy Street Fort Oglethorpe, GA, 30742 | | Suppliers or Vendors | | | | 116,000.00 |
| 17 | Nutravative Ingredients 1305 North Watters Road Suite 180 Allen, TX, 75013 | | Suppliers or Vendors | | | | 98,172.25 |
| 18 | HealthCaps, LLC 7345 West 20th Ave Hialeah, FL, 33014 | | Suppliers or Vendors | | | | 81,930.02 |
| 19 | Food Safety Net Services P.O. Box 736407 Dallas, TX, 75373-6407 | | Suppliers or Vendors | | | | 78,947.95 |
| 20 | Nutraceuticals International 50 Sindle Avenue Little Falls, NJ, 7424 | | Suppliers or Vendors | | | | 63,811.22 |

```
Fill in this information to identify the case and this filing:

Debtor Name     Nutracap Holdings, LLC

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (If known):      25-50430
```

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule ____*

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/11/2025          ✖ /s/ Marcos Fabio Lopes e Lima
　　　　　　　MM / DD / YYYY          Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　Marcos Fabio Lopes e Lima
　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　CEO
　　　　　　　　　　　　　　　　Position or relationship to debtor

**United States Bankruptcy Court**

IN RE:                                                          Case No. 25-50430

Nutracap Holdings, LLC                                          Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| DBD DTA Corporation<br>2825 Pacific Dr Suite C, Norcross, GA 30071 | 100.00 | Common stockholder |

SUPPLEMENTAL LIST OF CREDITORS

ADP
1155 Perimeter Center West
Atlanta, GA 30338


Angela Keene, Sr. Account Executive
Brown & Joseph, LLC
One Pierce Place, Ste. 700W
Itasca, IL 60143


Berry Virtual/Med Virtual
21731 Ventura Blvd Suite #100
Woodland Hills, CA 91364


Comcast Business
PO Box 530098
Atlanta, GA 30353-0098


Dialpad, Inc.
2700 Camino Ramon, Ste. 490
San Ramon, CA 94583


Eurofins Food Chemistry
Testing Madison, Inc.
PO BOX 1482
Carol Stream, IL 60132


FCC Products, Inc.
106 Naylon Avenue
Livingston, NJ 07039


Gwinnett County Tax Commissioner
PO Box 372
Lawrenceville, GA 30046


HM Peachtree Corners I LLC
c/o Hartz Mountain Industries, Inc.
500 Plaza Drive
Secaucus, NJ 07094


HTLT Supplements, Inc.
262 Freshwater Trail

Dartmouth Nova Scotia
Canada,


Michael Freund, Esq.
Michael Freund & Associates
1919 Addison Street, Ste. 104
Berkeley, CA 94704


NAMMEX - North American Reishi
PO Box 1780
Gibson BC V0N 1V0
Canada,


Nukind Ingredients, Inc.
15411 West Waddell Road
Ste. 102-190
Surprise, AZ 85379


Pipefy
548 Market Street
PMB 96462


Quinn Covarrubias
2200 Douglas Blvd Ste. 240
Roseville, CA 95661


Reliable Premium
404 Great Oak Drive
Waite Park, MN 56387


Waste Management
PO Box 4648
Carol Stream, IL 60197

United States Bankruptcy Court

Northern District of Georgia

In re: Nutracap Holdings, LLC

Case No.  25-50430

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    02/11/2025

/s/ Marcos Fabio Lopes e Lima
_____
Signature of Individual signing on behalf of debtor

CEO
_____
Position or relationship to debtor

# United States Bankruptcy Court

_____
Northern District of Georgia

**In re** Nutracap Holdings, LLC

Case No. 25-50430 _____

**Debtor**

Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 75,000.00 _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 595.00 _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

A. prepare and file on behalf of the client all petitions, schedules, statements, plans, and other documents or pleadings;

B. attend and represent the client at all meetings of creditors, hearings, trials, conferences, and other proceedings, whether in or out of court;

C. provide legal advice to the client as to the rights, duties, and powers of the client as a debtor in possession in a chapter 11 case, and as to other matters arising in or related to the chapter 11 case; and

D. otherwise assist, advise, and represent the client on matters related to the chapter 11 case as requested by the client.

Attorney: Standard Hourly Rate:

William A. Rountree $595.00

Will B. Geer $595.00

Michael Bargar $535.00

Hal Leitman $425.00

David S. Klein $495.00

Alexandra Dishun $425.00

Elizabeth Childers $425.00

Ceci Christy $425.00

Caitlyn Powers $375.00

Shawn Eisenberg $300.00

William Matthews $425.00

Paralegals: Standard Hourly Rate:

Tarsha Daniel    $225.00

Elizabeth Miller $250.00

Megan Winokur $175.00

Catherine Smith $150.00

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

None

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/11/2025
_____

*Date*

/s/ William Rountree, 616503
_____

*Signature of Attorney*

Rountree, Leitman, Klein & Geer, LLC
_____

*Name of law firm*

2987 Clairmont Road
Suite 350
Atlanta, GA 30329