# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-50430-LRC |
| | : | |
| NUTRACAP HOLDINGS, LLC | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |

## APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1102(a), the United States Trustee for Region 21 hereby appoints the creditors listed on the attached Exhibit "A" to serve on the Committee of Creditors Holding Unsecured Claims in the above-captioned case.

MARY IDA TOWNSON
UNITED STATES TRUSTEE,
REGION 21

*s/ Jonathan S. Adams*
Jonathan S. Adams
Georgia Bar No. 979073
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4438
Jonathan.S.Adams@usdoj.gov

## EXHIBIT A

**Nash Commercial, Inc.**

    David Michael Nash
    3131 Piedmont Road, N.E.
    Suite 200
    Atlanta, Georgia 30305
    404-386-5846
    dnash@nashcommerical.com

**Laboratories Bidco, LLC**

    Geoff Westmoreland
    199 W. Rhapsody Dr.
    San Antoino, Texas 78216
    210-308-0675
    Geoff.Westmoreland@fsns.com

    Allen M. DeBard
    Langley & Banack, Attorneys and Counselors at Law
    745 East Mulberry Ave.
    Suite 700
    San Antonio, Texas 78212
    210-736-6600
    adebard@langleybanack.com

**Silliker, Inc., d/b/a Meriuex NutriSciences**

    Jessica Leusch
    401 N. Michigan Ave.
    Suite 1400
    Chicago, Illinois 60611
    312-938-5151
    Jessica.leusch@mxns.com

**SoCal Bulk Nutrition, LLC**

    Xinyue Joseph Zhang

    4000 Barranca Parkway

    Suite 250

    Irvine, California 92604

    949-668-5597

    joseph@scbnutrition.com

**Environmental Research Center, Inc.**

    Chris Heptinstall

    306 Joy Street

    Fort Oglethorpe, Georgia 30742

    Chris.Heptinstall@erc501c3.org


    Charles W. Poss

    In-House Counsel

    306 Joy Street

    Fort Oglethorpe, Georgia 30742

    619-500-3090

    Charles.Poss@erc501c3.org

## Certificate of Service

This is to certify that I have on February 14, 2025, electronically filed the foregoing Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims using the Bankruptcy Court's Electronic Case Filing program, and served as followed by electronic mail:

dnash@nashcommerical.com
Geoff.Westmoreland@fsns.com
adebard@langleybanack.com
Jessica.leusch@mxns.com
joseph@scbnutrition.com
Chris.Heptinstall@erc501c3.org
Charles.Poss@erc501c3.org

*s/ Jonathan S. Adams*
Jonathan S. Adams
Georgia Bar No. 979073
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4438
Jonathan.S.Adams@usdoj.gov