**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| NUTRACAP HOLDINGS, LLC, | : | CASE NO. 25-50430-LRC |
| | : | |
| DEBTOR. | : | |

| | | |
|---|---|---|
| MARY IDA TOWNSON, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| NUTRACAP HOLDINGS, LLC, | : | |
| | : | |
| RESPONDENT. | : | |

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO
DISMISS CASE**

PLEASE TAKE NOTICE that the United States Trustee has filed a Motion to Dismiss Case and related papers with the Court, seeking an order dismissing this case pursuant to 11 U.S.C. § 1112(b).

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion at **10:15 A.M. on June 18, 2025** in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can

also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: May 2, 2025

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

_/s Jonathan S. Adams_
Jonathan S. Adams
Georgia Bar No. 979073
Trial Attorney
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404.331.4438
Jonathan.S.Adams@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| NUTRACAP HOLDINGS, LLC, | : | CASE NO. 25-50430-LRC |
| | : | |
| DEBTOR. | : | |

| | | |
|---|---|---|
| | : | |
| MARY IDA TOWNSON, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| NUTRACAP HOLDINGS, LLC, | : | |
| | : | |
| RESPONDENT. | : | |

**MOTION TO DISMISS CASE**

COMES NOW Mary Ida Townson, United States Trustee for Region 21, in furtherance of the administrative responsibilities imposed by 28 U.S.C. § 586(a), and respectfully moves this Court to enter an order dismissing the above-captioned Chapter 11 case for cause pursuant to 11 U.S.C. § 1112(b). In support of this motion, the United States Trustee shows the Court as follows:

**Summary of Relief Requested**

1.

Bankruptcy Code section 1112(b)(1) provides that:

> ... on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case

under this chapter, whichever is in the best interests of creditors and the estate, for cause, unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate.

2.

Bankruptcy Code section 1112 provides that, except as provided in section 1104(a), if the party moving for dismissal establishes cause, absent unusual circumstances specifically identified by the Court that establish that the requested dismissal or conversion is not in the best interests of creditors and the estate, the Court shall dismiss or convert the case to chapter 7, whichever is in the best interest of creditors and the estate. 11 U.S.C. § 1112(b)(1).[1]

3.

Cause exists for the Court to dismiss this case because the debtor failed to timely file and transmit required reports and failed to pay quarterly fees to the United States Trustee.

---

[1] "Although section 1112 does not define the phrase 'unusual circumstances,' it clearly contemplates conditions that are not common in most chapter 11 cases. Although each chapter 11 case is to some extent unique, and unusual circumstances may exist in any particular case regardless of its size or complexity, the import of section 1112(b) is that, if cause exists, the case should be converted or dismissed unless unusual facts or circumstances demonstrate that the purposes of chapter 11 would be better served by maintaining the case as a chapter 11 proceeding." *In re Kent*, 2008 WL 5047799 at *6 (Bankr. N.D. Arizona), *In re Blixseth*, 2009 WL 1525994 (Bankr. D. Montana).

## Statement of Facts

### 4.

The debtor commenced this case on January 14, 2025, by filing a petition for relief under chapter 11 of the United States Bankruptcy Code.

### 5.

Bankruptcy Code section 704(a)(8) requires the debtor file with the Court and the United States Trustee periodic reports and summaries of the operation of its business, including a statement of receipts and disbursements, and such other information as the United States Trustee or the Court requires.

### 6.

Federal Rule of Bankruptcy Procedure 2015(a) directs chapter 11 debtors-in-possession to file the reports and summaries required by section 704(a)(8).

### 7.

The United States Trustee is responsible for ensuring all reports, schedules, and fees required to be filed and paid by a debtor are properly and timely addressed, monitoring the progress of the case, and taking the necessary action to prevent undue delay in such progress. 28 U.S.C. § 586 (a)(3)(D) and (G).

### 8.

Accordingly, the United States Trustee for Region 21 has established Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees ("the

Guidelines"). The Guidelines explicitly state that compliance is essential and that the debtor's failure to comply may result in the United States Trustee filing a motion to dismiss or convert the case, a motion for appointment of a chapter 11 trustee or an examiner, or a motion for sanctions.

9.

The United States Trustee's staff reviewed the Guidelines with the debtor and the debtor's attorney.

10.

The debtor has not filed reports for the months of February 2025 and March 2025. By the date of the hearing on this matter, the April 2025 report will also be due.

11.

28 U.S.C. §1930(a)(6) prescribes quarterly fees that are to be paid by chapter 11 debtors to the United States Trustee Program. In essence, quarterly fees accrue throughout the pendency of a chapter 11 reorganization case (i.e., until the case is closed, dismissed, or converted to another chapter) and are payable on a quarterly basis, 30 days following the end of each calendar quarter. "The amount of the quarterly fee [is] calculated according to a graduated scale based on the total sum of disbursements as specified in § 1930(a)(6). 'Disbursements' include all pre- and post-confirmation payments made by or on behalf of the debtor, including routine operating expenses." See, e.g., *Tighe v. Celebrity Home (In re Celebrity Home Entertainment, Inc.)*, 210 F.3d 995 (9th Cir. April 21, 2000).

12.

The United States Trustee conducted the initial debtor interview on January 29, 2025.  During the initial debtor interview, the United States Trustee's representative reviewed the Guidelines with the debtor's attorney and representative.

13.

The United States Trustee began the section 341 meeting of creditors on February 14, 2025.  During the meeting of creditors, counsel for the United States Trustee reminded the debtor's representative about the debtor's duty to pay quarterly fees.

14.

The debtor has not paid quarterly fees for the 1st quarter, 2025. The United States Trustee's records show the debtor owes an estimated $12,022.00 for outstanding quarterly fees.  The quarterly fee was due no later than one month following the end of the calendar quarter.

15.

"Section 1112(b)(4) states, 'the term "cause" includes--' and then lists sixteen examples of "cause." The list is not exhaustive, and a case may be dismissed for other causes, such as bad faith or if the petition does not serve a bankruptcy purpose." *In re Americert, Inc.*, 360 B.R. 398, 401 (Bankr. D. N.H. 2007). "Fundamental bankruptcy policy continues to support the proposition that the inability to propose a feasible reorganization or liquidation plan provides 'cause' for dismissal or conversion of a chapter

11 case on request of an interested party. *In re DCNC North Carolina I, LLC*, 407 B.R. 651, 666 (Bankr. E.D. Pa. 2009). "Chapter 11 debtors cannot 'have their cake and eat it too'; the extraordinary relief provided by the bankruptcy laws comes with a price. That 'price' includes the responsibility to pursue an open and expeditious reorganization." *In re Milford Connecticut Assoc., L.P.,* 389 B.R. 303, 309 (BK. Conn. 2008).

**Debtor's Failure to File Reports Or Pay Quarterly Fees is Cause for Dismissal of the Case**

16.

The debtor's unexcused failure to timely file the monthly reports is cause for dismissal of the case pursuant to 11 U.S.C. §1112(b)(4)(F). The debtor's failure to timely pay quarterly fees is cause for dismissal of the case pursuant to 11 U.S.C. §1112(b)(4)(K).

WHEREFORE the United States Trustee requests the Court dismiss this case.

Dated: May 2, 2025.

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

  */s Jonathan S. Adams*
Jonathan S. Adams
Georgia Bar No. 979073
Trial Attorney
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404.331.4438
Jonathan.S.Adams@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Motion to Dismiss Case* and *Notice of Hearing on United States Trustee's Motion to Dismiss Case* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following party who has appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Erich N. Durlacher**    edurlach@burr.com, brobinson@burr.com
- **Brad Fallon**    brad@fallonbusinesslaw.com, Fallon.BradB@notify.bestcase.com, 7136795420@filings.docketbird.com
- **Will B. Geer**    wgeer@rlkglaw.com, dsideris@rlkglaw.com; willgeer@ecf.courtdrive.com; 2836@notices.nextchapterbk.com; 6717577420@filings.docketbird.com; emiller@rlkglaw.com; lmassey@rlkglaw.com
- **Alan C. Hochheiser**    ahochheiser@mauricewutscher.com
- **Leon S. Jones**    ljones@joneswalden.com, jwdistribution@joneswalden.com; cparker@joneswalden.com; cmccord@joneswalden.com; lpineyro@joneswalden.com; ewooden@joneswalden.com; bdernus@joneswalden.com
- **Thomas T. McClendon**    tmcclendon@joneswalden.com, jwdistribution@joneswalden.com; bdernus@joneswalden.com
- **Cameron M. McCord**    cmccord@joneswalden.com, jwdistribution@joneswalden.com; ljones@joneswalden.com; cparker@joneswalden.com; lpineyro@joneswalden.com ;bdernus@joneswalden.com
- **Caitlyn Powers**    cpowers@rlkglaw.com, dsideris@rlkglaw.com; emiller@rlkglaw.com; wgeer@rlkglaw.com; 6717577420@filings.docketbird.com; willgeer@ecf.courtdrive.com; 2836@notices.nextchapterbk.com; lmassey@rlkglaw.com
- **Kimberly B. Reeves**    kimberly@caiolarose.com, tina@caiolarose.com, amber@caiolarose.com
- **Elizabeth Barger Rose**    Elizabeth@caiolarose.com, amber@caiolarose.com; tina@caiolarose.com
- **William A. Rountree**    wrountree@rlkglaw.com, 6717577420@filings.docketbird.com; wgeer@rlkglaw.com;

2836@notices.nextchapterbk.com; willgeer@ecf.courtdrive.com;
emiller@rlkglaw.com; emillerrlkg@ecf.courtdrive.com; dsideris@rlkglaw.com;
lmassey@rlkglaw.com
- **Henry F. Sewell**    hsewell@sewellfirm.com, hsewell123@yahoo.com
- **Michelle E. Shriro**    mshriro@singerlevick.com, scotton@singerlevick.com

I further certify that on this day, I caused a copy of this document to be served via United
States First Class Mail, with adequate postage prepaid on the following parties at the
address shown for each.

Nutracap Holdings, LLC
2825 Pacific Drive
Suite C
Norcross, Georgia 30071

ALL PARTIES ON THE ATTACHED MAIL MATRIX

Dated: May 2, 2025.

MARY IDA TOWNSON
United States Trustee
Region 21

 s/ Jonathan S. Adams
Jonathan S. Adams
Georgia Bar No. 979073
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4438
Jonathan.S.Adams@usdoj.gov

Label Matrix for local noticing
113E-1
Case 25-50430-lrc
Northern District of Georgia
Atlanta
Fri May  2 16:06:49 EDT 2025

A to Z Group LLC
111 AYERS DRIVER ROAD
Villa Rica, GA 30180-4035

AA PHARMACHEM INC. USA
16885 West Bernardo Drive Suite 100
San Diego, CA 92127-1619

ABBOTT BLACKSTONE COMPANY
411 Cleveland St #198
Clearwater, FL 33755-4004

ADP
1155 Perimeter Center West
Atlanta, GA 30338-5463

(p)AFS LOGISTICS
PO BOX 18410
SHREVEPORT LA 71138-1410

AHB US LLC
100 Canal Pointe Blvd suite 204
Princeton, NJ 08540-7169

ALFACAPS LLC
Coface North America Insurance Company
600 College Road East, Suite 1110
Princeton, NJ 08540-6880

ALKEMISTS PHARMACEUTICALS, INC.
12661 Hoover St
Garden Grove, CA 92841-4174

(p)DESIGNS FOR HEALTH  INC
14 COMMERCE BOULEVARD
PALM COAST FL 32164-3126

ARISTA INDUSTRIES INC
557 Danbury Road
Wilton, CT 06897-2218

Jonathan S. Adams
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Advance Fire Inspection
3308 Peachtree Industrial Blvd
Duluth, GA 30096-2802

Advanced Botanical Consulting & Testing, LLC
c/o Allen M. DeBard
Langley & Banack, Inc.
745 E. Mulberry Ave - Ste. 700
San Antonio, TX 78212-3172

AlfaCaps
151 1st Ave #115
New York, NY 10003-2965

Alkemist Labs
12661 Hoover St
Garden Grove, CA 92841-4174

Alphonso Habbaba
c/o Henry F. Sewell, Jr.
Suite 555
2964 Peachtree Road NW
Atlanta, Georgia 30305-4909

AmTrust North America
PO Box 6939
Cleveland, OH 44101-1939

AmTrust North America, Inc. on behalf of
Wesco Insurance Company
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540

AmTrust North America, Inc. on behalf of Wes

Amelic e Servicos Ltda
420 Alameda Oscar Niemeyer
Room 405 Nova Lima 34.006-049
Brazil,

American World Trade
45 N. Broad St Suite 401
Ridgewood, NJ 07450-3822

Analytical Resource Laboratories - ARL
520 South 850 East Suite B3
Lehi, UT 84043-4147

Anderson Advanced Ingredients
2030 Main Street Suite 430
Irvine, CA 92614-8285

Angela Keene, Sr. Account Executive
Brown & Joseph, LLC
One Pierce Place, Ste. 700W
Itasca, IL 60143-2606

Arthur Leach
4080 McGinnis Ferry Road Suite 401
Alpharetta, GA 30005-3949

AstaReal Inc
7761 Randolph Rd. NE
Mose Lake, WA 98837-7922

Atlantic Trailer Leasing and Sales, LLC
P.O. Box 3737
Lilburn, GA 30048-3737

Attentive Mobile Inc.
221 River Street
Suite 9047
Hoboken, NJ 07030-5989

BannerBio
Unit B 1/F West Section 2 Bldg 25th Keyu
No.5 Kezhi West Rd Nanshan District
Shenzhen China,

Batory Foods
P. O. Box 75162
Chicago, IL 60675-5162

Bella Printing, LLC
c/o Joey Sanducci
 Ryan & Jacobs
5465 Legacy Drive, Ste. 650
Plano, TX 75024-4171

Roy BenDavid
Andrews & Thornton
Suite 300
4701 Von Karman
Newport Beach, CA 92660-2193

Benchmark Automation
P. O. Box 932813
Cleveland, OH 44193-0022

Bennett Graphics
125 Royal Woods Court Suite 100
Tucker, GA 30084-1884

Berlin Packaging
P. O. Box 74007164
Chicago, IL 60674-7164

Berry Virtual/Med Virtual
21731 Ventura Blvd Suite #100
Woodland Hills, CA 91364-1881

Beyer Graphics Inc.
30 Austin Blvd.
Commack, NY 11725-5747

Bio Peptek
5 Great Valley Parkway Suite 100
Malvern, PA 19355-1426

Biopeptek Pharmaceuticals, LLC
5 Great Valley Parkway Suite 100
Malvern, PA 19355-1426

Blake & Pendleton Compressed Air Systems
2125 JASON IND. PKWY.
WINSTON, GA 30187-2161

Blossman Gas & Appliance
4319 Mundy Mill Road
Oakwood, GA 30566-2519

Brex, Inc.
Westerman Ball Ederer Miller Zucker & Sh
1201 RXR Plaza (Attn: WCH)
Uniondale, NY 11556-4201

(p)BROWN & JOSEPH  LLC
ONE PIERCE PLACE
SUITE 700W
ITASCA IL 60143-2606

Bulk Apothecary
115 Lena Drive
Aurora, OH 44202-9202

Butter Buds Food Ingredients
2330 Chicory Road
Racine, WI 53403-4113

C2C Nutra, LLC
PO Box 932
Clifton, NJ 07014-0932

CI ATL III-GW, LLC
c/o ColFin 2018-7 Industrial Owner
PO Box 208383
Dallas, TX 75320-8383

CI ATL III-GW, LLC
c/o Michelle E. Shriro
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001-5377

CREATIVE BIOMART INC
45-1 Ramsey Roada
Shirley, NY 11967-4715

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Catalyst Nutraceuticals
1720 Peachtree Industrial Blvd
Buford, GA 30518-2857

Central Nervous Systems
Vancover BC V6B 2M1
Canada, BC

Century Fire Protection
2450 Satellite Blvd Div 8
Duluth, GA 30096-5801

Certified Laboratories
3218 Commander Drive
Carrollton, TX 75006-2546

Charles Bowman Co.
PO Box 775343
Chicago, IL 60677-5343

Cintas
P. O. Box 636525
Cincinnati, OH 45263-6525

Clariant Corporation
101 Christine Dr
Belen, NM 87002-5939

Coasta Tanning Resort
c/o The Law Offices of James E Nash Jr L
3487 English Oaks Drive
Kennesaw, GA 30144-6034

Colmaric Analyticals Llc
3235 Fairfield Avenue South Suite A
Saint Petersburg, FL 33712-1800

Colonial Energy INC-Georgia
2985 Highway 17
Clarkesville, GA 30523

Comest Business
PO Box 530098
Atlanta, GA 30353-0098

Container and Packaging
1345 E. State Street
Eagle, ID 83616-6013

Craftsman Chemical
245 Advanced Drive
Springboro, OH 45066-1803

Creative Compounds
P.O. Box 4011
Scott City, MO 63780-4011

Creative Compounds, LLC
1744 Ridge Road
Jackson, MO 63755-1603

Creative Enzimes
45-1 Ramsey Rd
Shirley, NY 11967-4715

DHL EXPRESS
16592 COLLECTIONS CENTER DR
Chicago, IL 60693-0001

DIVI'S LABORATORIES USA, INC.
325 Columbia Turnpike Suite 305
Florham Park, NJ 07932-1212

DUTCH VALLEY FOODS, INC.
PO Box 4657615
Myerstown, PA 17067

Daane Labs
4795 Enterprise Ave
Naples, FL 34104-7042

Daniel L Blasczyk
10595 Veterans Memorial Highway
Lithia Springs, GA 30122-2065

Darren Schwartz
C/O WB Sweetners LLC
146 Rockhill Dr PO Box 960
Rockhill, NY 12775-0960

David Bromwich
c/o Brad Fallon
Fallon Law PC
1201 W. Peachtree St NW Ste 2625
Atlanta, GA 30309-3499

Dialpad, Inc.
2700 Camino Ramon, Ste. 490
San Ramon, CA 94583-5004

Digital Imaging Systems Inc
PO Box 1310
Norcross, GA 30091-1310

Erich N. Durlacher
Burr & Forman LLP
Suite 3000
1075 Peachtree Street NE
Atlanta, GA 30309-3912

Dyad Labs
1945 S Fremont Dr
Salt Lake City, UT 84104-4223

ECA Pinnacle
1260 E. Locust St. Suite 302
Ontario, CA 91761-4547

ETHICAL NATURALS, INC.
2731 Fair Oaks Avenue
Redwood City, CA 94063-3506

EXBERRY GNT USA, LLC
5731 HR Mierlo The Netherlands
Dallas, NC 28034

Environmental Research Center (ERC)
306 Joy Street
Fort Oglethorpe, GA 30742-3206

Environmental Research Center, Inc.
Chris Heptinstall
306 Joy Street
Fort Oglethorpe, GA 30742-3206

Erich Durlacher
Burr & Forman
1075 Peachtree Street NE, Suite 3000
Atlanta, GA 30309-3912

Essential Wholesale and Labs
2538 NW 22nd Place
Portland, OR 97210-2120

Euler Hermes N.A - Agent for CREATIVE COMPOU
100 International dr 22nd floor, Baltimo
Baltimore, MD 21202-4673

Euler Hermes N.A - Agent for GOPHER MATS, LL
100 International dr 22nd floor
Baltimore, MD 21202-4783

Euler Hermes N.A - Agent for H & M USA, INC.
100 International dr 22nd floor, Baltimo
Baltimore, MD 21202-4673

Euler Hermes N.A - Agent for JSW Enterprise,
100 International dr 22nd floor
Baltimore, MD 21202-4783

Euler Hermes N.A - Agent for OSAGE FOOD PROD
100 International dr 22nd floor, Baltimo
Baltimore, MD 21202-4673

Eurofins Food Chemistry
Testing Madison, Inc.
PO BOX 1482
Carol Stream, IL 60132-1482

FCC Products, LLC
106 Naylon Avenue
Livingston, NJ 07039-1006

FIBER RESEARCH INTERNATIONAL LLC
860 Johnson Ferry Road Suite 140156
Atlanta, GA 30342-1435


FULLER Enterprise USA Inc
1735 E Grevillea Ct
Ontario, CA 91761-8092

Brad Fallon
Fallon Law PC
Suite 2625
1201 W. Peachtree St. NW
Atlanta, GA 30309-3499

Federal Express
PO Box 660481
Dallas, TX 75266-0481


First Horizon Bank
165 Madison Avenue
Memphis, TN 38103-2725

First Horizon Bank
c/o Erich N. Durlacher
Burr & Forman LLP
1075 Peachtree Street NE, Suite 3000
Atlanta, GA 30309-3912

Flavor Insights
4795 Industrial Way
Benicia, CA 94510-1041


Food Safety Net Services
P.O. Box 736407
Dallas, TX 75373-6407

Food Safety Net Services - Georgia, LLC
Allen M. DeBard
c/o Langley & Banack, Inc.
745 E. Mulberry Ave - Ste. 700
San Antonio, TX 78212-3172

Food Safety Net Services, Ltd.
Allen M. DeBard
c/o Langley & Banack, Inc.
745 E. Mulberry Ave. - Ste. 700
San Antonio, TX 78212-3172


Formulator Sample Shop
135 Joshua Ct
Lincolnton, NC 28092-7508

Fortis Solutions Group
1174 Hayes Industrial Drive
Marietta, GA 30062-2427

Freemen Nutra Group, LLC
fka Shanghai Freemen Americas LL
200 Metroplex Dr Ste 402
Edison, NJ 08817-2600


From Nature With Love
341 Christian Street
Oxford, CT 06478-1023

GLOBALTEK EQUIPMENT LLC
7354 NW 35TH STREET
MIAMI, FL 33122-1267

GOLDEN PEANUT AND TREE NUTS
100 North Point Center East suite 400
Alpharetta, GA 30022-8209


Will B. Geer
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329-4435

Gelnex
30 N. Michigan Ave
Ste 505
Chicago, IL 60602-3836

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-1733


(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Georgia Dept. of Labor
Suite 826
148 Andrew Young Inter. Blvd., NE
Atlanta GA 30303-1751

Georgia Dept. of Labor
Suite 910
148 Andrew Young Inter. Blvd., NE
Atlanta GA 30303-1751


Georgia Industrial Tire
3575 McCall Place
Doraville, GA 30340-2801

Georgia Power
241 Ralph McGill Blvd
Atlanta, GA 30308-3374

Georgia Power Company
c/o Thomas R. Walker
260 Peachtree Street, NW, Suite 2200
Atlanta, GA 30303-1292


(p)GLANBIA NUTRITIONALS  INC
ATTN C/O GLANBIA BUSINESS SERVICES INC
4255 MERIDIAN PARKWAY
SUITE 151
AURORA IL 60504-7961

Gopher Mats LLC, Viking Mat Company
7480 Flying Cloud Drive Suite 400
Eden Prairie, MN 55344-2800

Green Wave Ingredients, Inc.
13875 Cerritos Corporate Drive
Ste. A
Cerritos, CA 90703-2470

Gwinnett Co. Tax Commissioner
75 Langley Drive
Lawrenceville, GA 30046-6935

Gwinnett County Dept of Water Resources
684 Winder Hwy
Lawrenceville, GA 30045-6940

Gwinnett County Tax Commissioner
PO Box 372
Lawrenceville, GA 30046-0372

H&M USA
80 Gordon Drive
Syosset, NY 11791-4705

HM Peachtree Corners I LLC
PO Box 32149
New York, NY 10087-2149

HM Peachtree Corners I LLC
c/o Hartz Mountain Industries, Inc.
500 Plaza Drive
Secaucus, NJ 07094-3619

HMI Atlanta V LLC
PO Box 35251
Newark, NJ 07193-5251

HTLT Supplements, Inc.
262 Freshwater Trail
Dartmouth Nova Scotia
Canada,

Health Club Hashimoto LLC
1625 Street Road
Chester Springs, PA 19425-1207

HealthCaps, LLC
7345 West 20th Ave
Hialeah, FL 33014-3726

Hear Nature
No. 37, Keji Road Xi'an
710075 China

Hi-Tech Pharmaceuticals, Inc.
6015-B Unity Dr.
Norcross, GA 30071-3575

Hi-Tech Pharmaceuticals, Inc.
c/o Thomas T. McClendon, Esq.
699 Piedmont Avenue NE
Atlanta, GA 30308-1414

Sean Thomas Higgins
Andrews & Thornton
Suite 300
4701 Von Karman Ave.
Newport Beach, CA 92660-2193

Alan C. Hochheiser
Maurice Wutscher LLP
Suite 207
23611 Chagrin Blvd
Beechwood, OH 44122-5540

Honeyrun Farm
644 High St
Worthington, OH 43085-4106

Howard Brothers
PO Box 5044
Duluth, GA 30096-0065

Hygiena
1801 W Olympic Blvd # File 2007
Pasadena, CA 91199-0001

INDENA USA
601 Union Street Suite 330
Seattle, WA 98101-2372

INGREDIENTS ONLINE
13875 Cerritos Corporate Drive Suite A
Cerritos, CA 90703-2470

ISA Inc. - Islamic Services of America
PO Box 8268
Cedar Rapids, IA 52408-8268

Index Encapsulation Equipment, LLC
1610 Republic Road
Huntingdon Vallet, PA 19006-1808

Indian Brook Industrial Inc
P.O. Box 6149
Hicksville, NY 11802-6149

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

JHD Corp
2077 S Vineyard Ave
Ontario, CA 91761-8066

JiaHerb
1 Chapin Road Unit 1
Pine Brook, NJ 07058-9221

John Maloney, Esq.
Gimigliano Mauriello & Maloney, P.A.
163 Madison Ave, Ste. 500
 PO Box 1449
Morristown, NJ 07962-1449

John Wesley Houser
c/o Brad Fallon
Fallon Law PC
1201 W. Peachtree St NW Ste 2625
Atlanta, GA 30309-3499

Leon S. Jones
Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308-1414

Kelly Butcher
The Kaplan Group Commercial Collections
154 Addie Street
Pismo Beach, CA 93449-2681

LBB Specialties Holding LLC
601 Merritt 7 1st Floor
Norwalk, CT 06851-6202

Lab Alley
12501 Pauls Valley Road Suite A
Austin, TX 78737-9650

Lifestyle by Olgui Inc
c/o DASA Law
14100 Palmetto Frontage Road, Suite 370
Miami Lakes, FL 33016-1595

Lonza Consumer Health Inc / Capsugel
P. O. Box 640091
Pittsburgh, PA 15264-0091

Lucas Meyer
Place de la Cite 2590 Boul. Laurier Tour
Belle Courbureau 650 Quebec
QC G1V 4M6 Canada,

MGT (former Layer 3 Communications)
1450 Oakbrook Dr Ste 900
Norcross, GA 30093-6239

MHC Truck Leasing
PO Box 879269
Kansas City, MO 64187-9269

MID CONSTRUCTION AND RENOVATIONS
3259 Peachtree Corners Cir A
Norcross, GA 30092-3616

MILLION HERBS LLP
No.18 First Floor Masilamani
Nagar India

MOUNTAIN ROSE HERBS
PO Box 50220
Eugene, OR 97405-0973

Macrocap Labs
975 Bennett Drive
Longwood, FL 32750-6352

Marburg Ind.
1207 Activity Drive
Vista, CA 92081-8510

Matexcel
17 RAMSEY ROAD STE 210
SHIRLEY, NY 11967-4716

Maxsun Industries, Inc.
5595 Daniels Street Suite H
Chino, CA 91710-9034

Thomas T. McClendon
Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308-1414

Cameron M. McCord
Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308-1414

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

McMaster-Carr Supply Company
600 N County Line Rd
Elmhurst, IL 60126-2081

McNaughton McKay Electric Company
PO Box 890976
Charlotte, NC 28289-0976

Mibelle Biochemistry
1 International Blvd Suite 715
Mahwah, NJ 07495-0033

Michael Freund, Esq.
Michael Freund & Associates
1919 Addison Street, Ste. 104
Berkeley, CA 94704-1142

Micro Quality Labs, LLC
c/o Allen M. DeBard
Langley & Banack, Inc.
745 E Mulberry Avenue - Ste. 700
San Antonio, TX 78212-3172

Mill Haven Foods
211 Leer St.
New Lisbon, WI 53950-1170

NAMMEX - North American Reishi
PO Box 1780
Gibson BC V0N 1V0
Canada,

NFP PROCESSING LLC
PO Box 2961723 Route 17A
Florida, NY 10921

NNB Nutrition
No. 270 Jiqingmen St Suning Huigu
Bldg E6 Room 2105
Nanjing, 210017 China,

Nash Commercial Incorporated
3131 Piedmont Road Suite 200
Atlanta, GA 30305-2514

National Measures
PO Box 1149
Lakeville, MN 55044-1149

Neogen
620 Lesher Place
Lansing, MI 48912-1595

Nexira Inc.
15 Somerset Street
Somerville, NJ 08876-2828

NuSource Inc.
14266 Euclid Ave.
Chino, CA 91710-8803

Norcross Tucker 85
700 N. Pearl Street
Ste. N1650
Dallas, TX 75201-2824

Nugen Packaging
23 Vreeland RD Suite 250
Florham Park, NJ 07932-1510

Nukind Ingredients, Inc.
15411 West Waddell Road
Ste. 102-190
Surprise, AZ 85379-5170

Nutracap Holdings, LLC
2825 Pacific Drive
Ste. C
Norcross, GA 30071-1840

Nutracap Labs, LLC
c/o Brad Fallon
Fallon Law PC
1201 W. Peachtree St NW Ste 2625
Atlanta, GA 30309-3499

Nutraceuticals International
50 Sindle Avenue
Little Falls, NJ 07424-1619

Nutraceuticals International Group LLC
50 Sindle Avenue
Little Falls, NJ 07424-1619

Nutravative Ingredients
1305 North Watters Road Suite 180
Allen, TX 75013-5511

Nutricargo
222 Getty Ave
Clifton, NJ 07011-1870

Omni Active Health Technologies, INC
67 East Park Place Suite 500
Morristown, NJ 07960-7138

Omya Specialty Materials Inc
P.O. Box 734749
Chicago, IL 60673-4749

Omya Specialty Materials Inc.
c/o Tammy Imhoff, Senior Legal Counsel
4605 Duke Drive, Suite 700
Mason, OH 45040-7626

OpenSesame Inc.
1629 SW Salmon Street
Portland, OR 97205-1700

Oregon Tilth
PO Box 368
Corvallis, OR 97339-0368

Osage Food Products
PO Box 743
Washington, MO 63090-0743

PARCHEM FINE & SPECIALTY CHEMICALS
415 Huguenot Street
New Rochelle, NY 10801-7035

Parchem Nutrition
415 Huguenot St.
New Rochelle, NY 10801-7035

Peachtree Inmediate Care
3551 Satellite Blvd
Duluth, GA 30096-4646

Pouch It LLC
5685 New Peachtree Rd.
Atlanta, GA 30341-2525

Caitlyn Powers
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350
2987 Clairmont Road
Atlanta, GA 30329-4448

Prater
2 Sammons Court
Bolingbrook, IL 60440-4995

Prescott Advisory, LLC
152 Lincoln Road Unit 5
Lincoln, MA 01773-3848

Prinova USA
36780 Eagle Way
Chicago, IL 60678-1367

Prinova USA - Flavors
685 Hadley Road
South Plainfield, NJ 07080-2403

Priority1
PO Box 84808
Dallas, TX 75284-0001

Proliant Health & Biologicals
2425 SE Oak Tree Ct.
Ankeny, IA 50021-7102

Pure Assay
14750 E Nelson Ave Ste A
City of Industry, CA 91744-4320

Quench USA, Inc.
P.O. Box 735777
Dallas, TX 75373-5777

Quinn Covarrubias
2200 Douglas Blvd Ste. 240
Roseville, CA 95661-4205

Ramp Business Corporation
28 West 23rd Street Floor 2
New York, NY 10010-5260

Kimberly B. Reeves
Caiola & Rose, LLC
125 Clairemont Avenue, Suite 240
Decatur, GA 30030-2580

Reliable Premium
404 Great Oak Drive
Waite Park, MN 56387-2504

Rhythm Sleep LLC
2401 East 3000 South
Salt Lake City, UT 84109-2534

Ribus, Inc
1355 Greg Street Suite 101
Sparks, NV 89431-6087

Rite Weight, Inc
3802 Irvingdale Road
Duluth, GA 30096-2553

Robertet
400 International Drive
Mount Olive, NJ 07828-4306

Elizabeth Barger Rose
Caiola and Rose, LLC
Suite 240
125 Clairemont Avenue
Decatur, GA 30030-2580

William A. Rountree
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350
2987 Clairmont Road
Atlanta, GA 30329-4448

SENSIENT COLORS, LLC
2526 Baldwin Street
St. Louis, MO 63106-1949

SINOCHEM HEALTH COMPANY, LTD CHINA
30F HNA Center Bldg 1 No. 234
Yan'an 3rd Road Yan'an Road
Qingdao 266071 China,

SOCAL BULK NUTRITION LLC
4000 Barranca Pkwy Suite 250
Irvine, CA 92604-1713

Sabinsa Corporation
20 LAKE DRIVEEAST
WINDSOR, NJ 8520

Samia L. Gore
c/o Macklegal PLLC
1 Liberty Plaza Ste 1
New York, NY 10006-1404

Scana
3344 Peachtree St NE
Ste. 2150
Atlanta, GA 30326-4808

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Henry F. Sewell Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305-4909

Shanghai Fengrong Biotechnology Co., Ltd
Brown & Joseph, LLC c/o Peter Geldes
PO Box 249
Itasca, IL 60143-0249

Shanghai Waseta Int'l Trading Co. LTD
Rm 2001-2002, Godlen Eagle Edifice B
No.1518 Minsheng Rd. Pudong New Area
Shanghai, 200135 P.R. China,

Shri Kartikeya Pharma SKP
5-9-225, 3rd Fl Sanali Estate
Abids Hyderabad
500001, India,

Michelle E. Shriro
Singer & Levick, PC
Suite 140
16200 Addison Road
Addison, TX 75001-5377

SoCal Bulk Nutrition
4000 Barranca Pkwy
Suite 250
4000 Barranca Pkwy, Suite 250
Irvine, CA 92604-1713

Soaper's Choice
1701 Winthrop Drive
Des Plaines, IL 60018-1941

Spring Chen
Changzhou Spring Imp and Exp Co.
No 99 Yanling West Road
Changzhou, Jiangsu, China,

Sprink LLC
Sarah Hibit
300 New Century Parkway
New Century, KS 66031-1128

Starwest Botanicals
161 Main Ave
Sacramento, CA 95838-2080

Stauber
4120 N Palm St
Fullerton, CA 92835-1026

Susan B. Shaw LLC
120 West Trinity Place Fourth Floor
Decatur, GA 30030-3313

Tech Specialist, INC
810 Great Southwest Pkwy SW
Atlanta, GA 30336-2516

Terry Laboratories
7005 Technology Drive
Melbourne, FL 32904-1512

The Kaplan Group Commercial Collections
Kelly Butcher
154 Addie Street
Pismo Beach, CA 93449-2681

Thomas P. Lennon
c/o Brad Fallon
Fallon Law PC
1201 W. Peachtree St NW Ste 2625
Atlanta, GA 30309-3499

Tricor Braun
PO Box 745628
Atlanta, GA 30374-5628

TricorBraun Inc
6 Cityplace Drive
Suite 1000
St Louis, MO 63141-7119

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

VDF FutureCeuticals, Inc
PO Box 7269
Carol Stream, IL 60197-7269

VDF FutureCeuticals, Inc.
Attn: Stephanie J. Harris
33 N. Dearborn Street, Suite 1910
Chicago, IL 60602-3124

VDF FutureCeuticals, Inc.
C/O GOLDBERG KOHN LTD.
Attn: Kristina A. Bunker
55 East Monroe Street, Suite 3300
Chicago, IL 60603-5800

Veritiv Operating Company
9330 NW 110th Avenue
Miami, FL 33178-2519

Vertex Analytical Labs LLC
9335 Airway Road Suite 202
San Diego, CA 92154-7930

Vitajoy Group USA
12091 Forestgate Drive
Dallas, TX 75243-5417

WB Sweetners, LLC
Attn: Darren Schwartz
146 Rock Hill Drive
PO Box 960
Rock Hill, NY 12775-0960

WILD Flavors & Specialty Ingredients
75 Remittance Drive Ste 1046
Chicago, IL 60675-1046

WIN HEALTH INTERNATIONAL COMPANY, LTD
Rm 323 Bld A2 No. 218 Xinghu St
Suzhou Industrial Park
Suzhou China,

WM Corporate Services, INC
PO Box 4648
Carol Stream, IL 60197-4648

WUXI CIMA SCIENCE COMPANY LTD
No. 288 Shibawan Rd
Wuxi 214064
Jiangsu China,

Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

Wholesale Supplies
7820 E Pleasant Valley Road
Independence, OH 44131-5531

Wiles & Wiles, LLP
800 Kennesaw Ave Suite 400
Marietta, GA 30060-7946

Worldwide Express
10 GLENLAKE PKWY
ATLANTA, GA 30328-3495

Wursta Corporation
9450 SW Gemini Dr PMB 86130
Beaverton, OR 97008-7105

Z Natural Foods
5407 N Haverhill Rd Suite 337
West Palm Beach, FL 33407-7008

ZXCHEM USA INC.
26k World's Fair Drive
Somerset, NJ 08873-1359

bld.ai
621 NW 53rd St Suite 240
Boca Raton, FL 33487-8291

c/o Michelle E. Shriro
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001-5377

dialpad Inc
12935 Alcosta Blvd Box 559
San Ramon, CA 94583-6042

lotioncrafter
48 Hope Ln
Eastsound, WA 98245-8915

orkin
1007 Mansell Rd Ste E
Roswell, GA 30076-4805

packaging connection
4205 Trotters Way
Alpharetta, GA 30004-7829

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AFS
PO BOX 18410
SHREVEPORT, LA 71138

AMERICAN RIVER NUTRITION, LLC
333 Venture Way
Hadley, MA 1035

(d)American River Nutrition, LLC
14 Commerce Boulevard
% Legal
Palm Coast, FL 32164-3126

Brown & Joseph, LLC
One Pierce Pl Suite 700W
Itasca, IL 60143

Caine & Weiner Company Inc.
5805 Sepulveda Blvd. 4th Floor
Sherman Oaks, CA 91411

Georgia Department of Revenue
1800 Century Blvd
Ste 9100
Atlanta, GA 30345

(d)Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Glanbia Nutritionals
c/o Glanbia Business Services Inc. Dept.
Carol Stream, IL 60132-3331

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Berrendia O'Neal of BK Associates Real

(u)David Bromwich

(u)CI ATL III-GW, LLC

(d)Eurofins Food Chemistry Testing Madison, I
PO BOX 1482
Carol Stream, IL 60132-1482

(u)First Horizon Bank

(u)HM Peachtree Corners I LLC

(du)HM Peachtree Corners I LLC

(u)HMI Atlanta V LLC

(u)Alphonso Habbaba

(d)Health Club Hashimoto LLC
1625 Street Road
Chester Springs, PA 19425-1207

(u)Hi-Tech Pharmaceuticals, Inc.

(u)John Houser

(u)Interactive Accountants, LLC

(u)Thomas P. Lennon

(u)Naturally Thinking
Little Woodcote Estate 38A Telegraph Tra
Carshalton, Wallington
SM6 0SH, United Kingdon,

(u)Norcross Tucker Property LP

(u)Nutracap Labs, LLC

(u)Pipefy
548 Market Street
PMB 96462

(u)PureSynmr Ingredients
Room 1608-1609 Union Energetic
Intl Tower No.1088
New Jingqiao Rd Pudong Shanghai,

(u)The Committee of Unsecured Creditors

End of Label Matrix
Mailable recipients    271
Bypassed recipients     20
Total                  291